1    M. Taylor Florence (SBN 159695)
John E. Spomer III (SBN 204938)
2    BULLIVANT HOUSER BAILEY PC
11335 Gold Express Drive, Suite 105
3    Gold River, California 95670-6310
Telephone: 916.852.9100
4    Facsimile: 916.852.5777
5    E-Mail:      taylor.florence@bullivant.com
             john.spomer@bullivant.com
6

7    Attorneys for Defendant
NOLL MANUFACTURING COMPANY
8    EMPLOYEE STOCK
OWNERSHIP AND TRUST
9

10                    UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12                       SACRAMENTO DIVISION
13

| GREGORY JOHNSON, WILLIAM RODWELL AND EDWARD RANGEL, | Case No.: 2:05-CV-02046 RRB KJM |
|---|---|
| Plaintiffs, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY AND THE NOLL MANUFACTURING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, | (L.R. 6-144(a)) |
| Defendants. | |

       Pursuant to Local Rule 6-144(a), which allows for parties to stipulate to extend the time in which to respond to a complaint with the approval of the Court, the parties hereby present a joint Stipulation and Order that the deadline for defendants to respond to plaintiffs' Complaint be extended by twenty (20) days, up to and including December 19, 2005.

       Plaintiffs filed their Complaint under the Employee Retirement Income Security Act of 1974 (ERISA) on October 11, 2005. The parties stipulated to a nineteen (19) day initial

1   extension of time, up to and including November 28, 2005, for defendants to respond to the

2   Complaint.

3       Currently, defendant Noll Manufacturing Company Employee Stock Ownership Plan

4

5   And Trust ("The Plan") is contemplating the appointment of an independent fiduciary with

6   respect to this litigation.  Should an independent fiduciary be appointed, counsel for The Plan

7   will request the opportunity to consult with that independent fiduciary prior to filing a first

8   appearance on behalf of the ESOP.

9
        Additionally, the respective counsel for each of the defendants recently have received
10
    several boxes of documents from their clients pertaining to the voluminous factual averments
11
    and allegations in plaintiffs' Complaint.  Counsel require additional time to fully review all
12

13  of this material and complete their analysis of plaintiffs' claims so that they may respond in a

14  manner that will ensure that the best interests of their clients are protected.

15      Finally, plaintiffs will not be prejudiced by this additional brief extension to respond.

16  The parties are currently awaiting a new scheduling order in light of the recent reassignment

17  of this matter to Judge Beistline.  Accordingly, the parties do not believe that the requested

18  extension will adversely affect the timing of this action in any way.

19
        Therefore, the parties respectfully and jointly stipulate to the proposed Order
20
    continuing the deadline for defendants to respond to plaintiffs' Complaint by twenty (20)
21
    days, up to and including December 19, 2005.
22

23      It is so stipulated.

                                              SHAYNE & GREENWALD COMPANY, LPA
24  Dated:  November 28, 2005

25

26
                                              By __/s/_____
27                                                  Anne Marie La Bue
                                              Attorneys for Plaintiffs
28

1

2

3   Dated:  November 28, 2005                BULLIVANT HOUSER BAILEY PC

4

5                                           By ___/s/_____

6                                                M. Taylor Florence
                                            Attorneys for Defendant
7                                           NOLL MANUFACTURING COMPANY
                                            EMPLOYEE STOCK
8                                           OWNERSHIP AND TRUST

9

10

11
                                            MORGAN LEWIS & BOCKIUS, LLP
12   Dated:  November 28, 2005

13

14                                          By ___/s/_____

15                                               D. Ward Kallstrom
                                            Attorneys for Defendants
16                                          CLAIR R. COUTURIER, JR., DAVID R.
                                            JOHANSON AND ROBERT E. EDDY
17

18

19
                                          **ORDER**
20

21       GOOD CAUSE APPEARING AND IN THE INTEREST OF JUSTICE,

22       IT IS ORDERED that the deadline for defendants to answer or otherwise respond to

23   plaintiffs' Complaint shall be extended from November 28, 2005 to December 19, 2005.

24

25

26   DATED:    November 29, 2005            _____/s/_____
                                            RALPH R. BEISTLINE
27                                          JUDGE OF THE U.S. DISTRICT COURT

28
        4203190.1