UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL AND EDWARD RANGEL, | Case No. 2:05-cv-02046-RRB-KJM |
| Plaintiffs, | |
| vs. | |
| CLAIR R. COUTURIER, JR.,  DAVID R. JOHANSON, ROBERT E. EDDY AND THE NOLL MANUFACTURING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, | ~~PROPOSED~~ ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL |
| Defendants, | |

Counsel for Plaintiffs Gregory Johnson, William Rodwell and Edward Rangel, seek leave to file documents under seal pursuant to the terms of the Protective Order by Stipulation entered February 22, 2006.

For good cause shown, the Court hereby orders that Exhibits 1 and 2 to the Declaration of Anne Marie La Bue Submitted in Support of Plaintiffs' Motion for Leave to File Amended Complaint be filed under seal.

1    IT IS SO ORDERED.

2    DATED: _6 /5 / O6_

3                          UNITED STATES DISTRICT COURT JUDGE