M. Taylor Florence (SBN 159695)
John E. Spomer III (SBN 204938)
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501
E-Mail:     taylor.florence@bullivant.com
            john.spomer@bullivant.com

Attorneys for Defendant
NOLL MANUFACTURING COMPANY
EMPLOYEE STOCK
OWNERSHIP AND TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL AND EDWARD RANGEL,<br><br>             Plaintiffs,<br>v.<br>CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY AND THE NOLL MANUFACTURING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST,<br><br>             Defendants. | Case No.: 2:05-CV-02046 RRB KJM<br><br>**THE NOLL MANUFACTURING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST'S MOTION FOR LEAVE OF COURT TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT and the DECLARATION OF JOHN E. SPOMER III IN SUPPORT OF ITS OPPOSITION THERETO** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to L.R. 39-141, defendant The Employee Ownership Holding Company Employee Stock Ownership Plan and Trust (erroneously sued as "The Noll Manufacturing Company Employee Stock Ownership Plan and Trust") (collectively, "the Plan") moves this Court for an Order granting it leave to file the following documents under seal: (1) the Plan's Opposition to Plaintiffs' Motion for Leave to File Amend Complaint ("Opposition"); and (2) the Declaration of John E. Spomer III in Support of the Plan's Opposition ("Spomer Declaration.").

— 1 —

In accordance with the Protective Order by Stipulation entered in this case on February 22, 2006 ("Protective Order"), plaintiffs Gregory Johnson, William Rodwell, and Edward Rangel requested leave of Court to file their proposed Amended Complaint under seal. On June 5, 2006, the Court granted plaintiffs' request.

The Plan now seeks leave to file its Opposition and the Spomer Declaration under seal to comply with its obligations under the Protective Order and the Court's Order of June 5, 2006. Both the Opposition and the Spomer Declaration refer to and contain "Confidential Information", as that term is defined by the Protective Order. Accordingly, the Plan is required to file these documents under seal with the Court.

Moreover, the Plan's Opposition and the Spomer Declaration refer to contents of plaintiffs' proposed Amended Complaint, which the Court authorized to be filed under seal. Thus, should the Plan not be permitted to file these documents under seal, its filings will have the effect of unsealing plaintiffs' proposed Amended Complaint and nullifying the Court's Order of June 5, 2006.

Based on the aforementioned facts, the Plan respectfully requests that the Court grant it leave to file its Opposition to Plaintiffs' Motion for Leave to File Amended Complaint and the Declaration of John E. Spomer III in Support of the Plan's Opposition under seal.

DATED: July 14, 2006

BULLIVANT HOUSER BAILEY, P.C.

By _____
M. Taylor Florence
John E. Spomer III

Attorneys for The Noll Manufacturing
Employee Stock Ownership Plan and Trust

4220246.1

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT, EASTERN DIVISION
*Johnson v. Couturier, Jr., et al.*

     I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 1415 L Street, Suite 1000, Sacramento California 95814. I am over the age of 18 years and not a party to the within cause. On the date specified below, following ordinary business practice, I served the foregoing document(s) described as:

**THE NOLL MANUFACTURING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST'S MOTION FOR LEAVE OF COURT TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT and the DECLARATION OF JOHN E. SPOMER III IN SUPPORT OF ITS OPPOSITION THERETO**

in the following manner, by placing a true copy/true copies thereof in a sealed envelope/sealed envelopes, addressed as follows:

| **Attorneys for Plaintiffs**<br>Matthew Righetti<br>Righetti Law Firm, P.C.<br>456 Montgomery St., Ste 1400<br>San Francisco, CA 94104 | **Attorneys for Plaintiffs**<br>Anne Marie La Bue<br>Shayne & Greenwald Co., LPA<br>221 South High St.<br>Columbus, OH 43215 |
|---|---|
| **Attorneys for Defendants Couturier, Johanson & Eddy**<br>D.W. Kallstrom<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105 | |

\_\_\_\_ **(BY MAIL)** Where indicated. I caused such envelope(s) **NOTED ABOVE** with First Class postage thereon fully prepaid to be placed in the U.S. Mail in Gold River, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence and other material for mailing with the United States Postal Service, and that practice is that said material is deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

\_\_\_\_ **(BY PERSONAL SERVICE)** I caused such envelope(s) **NOTED ABOVE** to be hand-delivered by an authorized attorney messenger service, this date to the offices of the addressee(s).

\_\_\_\_ **(BY FEDERAL EXPRESS)** I caused such envelope(s) to be delivered in a sealed Federal Express package, delivery fees for which are billed to this firm's account, to a Federal Express office for next-morning delivery. I am readily familiar with the business practices of my employer for the collection and processing of correspondence for mailing with Federal Express delivery service.

\_\_\_\_ **(BY FACSIMILE)** I personally transmitted the aforementioned document, via facsimile machine, to each of the above listed parties' FAX numbers between the hours of 9:00 a.m. and 5:00 p.m. on _____, and received verification thereafter of each complete transmission.

XXX **BY E-MAIL – E-SERVICE** I caused to be served upon each party via (1) their above email address; (2) through Lexis-Nexis Serve and File, or (3) through the court's electronic court filing system.

[xx ] **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

– 1 –

Executed on July 14, 2006, at Gold River, California.

_____
Claudia Pohlman