D. W. Kallstrom, (SBN 76937)
Donald P. Sullivan (SBN 191080)
M. Michael Cole (SBN 235538)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Defendants
CLAIR R. COUTURIER, JR., DAVID R
JOHANSON, and ROBERT E. EDDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL AND EDWARD RANGEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY AND THE NOLL MANUFACTURING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST,<br><br>Defendants. | Case No. 2:05-cv-02046 RRB KJM<br><br>**INDIVIDUAL DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE UNDER SEAL THEIR MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND THE DECLARATION OF CLAIR R. COUTURIER, JR. IN SUPPORT OF INDIVIDUAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 39-141, Defendants Clair R. Couturier, Jr., David R. Johanson, and Robert E. Eddy (collectively, "Individual Defendants') hereby move this Court for an Order granting them leave to file the following documents under seal:  Individual Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Leave to File Amended Complaint ("Opposition"); and the Declaration of Clair R. Couturier, Jr. in Support of Individual Defendants' Opposition to Plaintiffs' Motion for Leave to File Amended Complaint ("Couturier Declaration.").

On May 31, 2006, and pursuant to the Protective Order by Stipulation entered in this case on February 22, 2006 ("Protective Order"), Plaintiffs Gregory Johnson, William Rodwell, and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 2:05-cv-02046 RRB KJM
Motion to File Documents Under Seal

Edward Rangel ("Plaintiffs") sought leave of Court to lodge their proposed Amended Complaint with the Court under seal. The Court granted Plaintiffs leave to do so on June 5, 2006.

The Individual Defendants seek leave to file their Opposition and the Couturier Declaration under seal to comply with their obligations under the Protective Order and the Court's June 5, 2006 Order placing Plaintiffs' proposed Amended Complaint under seal. Both the Opposition and the Couturier Declaration make reference to Confidential Information, as that term is defined in the Protective Order. The Individual Defendants are, therefore, under an obligation to file the documents under seal. Additionally, the documents make reference to the contents of Plaintiffs' proposed Amended Complaint, which the Court placed under seal. If the Individual Defendants are not permitted to file the above-described documents under seal, their filings will have the effect of unsealing Plaintiffs' proposed Amended Complaint and nullifying the Court's June 5, 2006 Order.

For the above-stated reasons, the Individual Defendants respectfully request that the Court grant them leave to file their Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Leave to File Amended Complaint and the Declaration of Clair R. Couturier, Jr. in Support of Individual Defendants' Opposition to Plaintiffs' Motion for Leave to File Amended Complaint under seal.

Dated: July 14, 2006                                MORGAN, LEWIS & BOCKIUS LLP

                                                    By     /S/ Donald P. Sullivan
                                                       D. W. Kallstrom
                                                       Donald P. Sullivan
                                                       M. Michael Cole
                                                       Attorneys for Defendants CLAIR R.
                                                       COUTURIER, JR., DAVID R
                                                       JOHANSON, and ROBERT E. EDDY

1-SF/7391548.1