D. W. Kallstrom, (SBN 76937)
Donald P. Sullivan (SBN 191080)
M. Michael Cole (SBN 235538)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
CLAIR R. COUTURIER, JR., DAVID R JOHANSON, and ROBERT E. EDDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL AND EDWARD RANGEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY AND THE NOLL MANUFACTURING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST,<br><br>Defendants. | Case No. 2:05-cv-02046 RRB KJM<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## PROOF OF SERVICE

I, Marianne G. Haines, declare:

I am a resident of the State of California and am employed in the City and County of San Francisco, California. I am over the age of eighteen years, and not a party to the within action; my business address is Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California 94105-1126

On July 14, 2006, I served the within document(s):

**INDIVIDUAL DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [FILED UNDER SEAL]**

**DECLARATION OF CLAIR R. COUTURIER, JR. IN SUPPORT OF INDIVIDUAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [FILED UNDER SEAL]**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery

> Anne Marie La Bue, Esq.
> SHAYNE & GREENWALD CO., LPA
> 221 South High Street
> Columbus, OH 43215
>
> M. Taylor Florence
> Bullivant Houser Bailey P.C.
> 1415 L Street, Suite 1000
> Sacramento, California 95814

☒ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below:

> Matthew Righetti, Esq.
> RIGHETTI LAW FIRM, P.C.
> 456 Montgomery Street, Suite 1400
> San Francisco, CA 94104

1-SF/7389682.4

1

PROOF OF SERVICE

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed July 14, 2006, at San Francisco, California.

_____
Marianne G. Haines

Morgan, Lewis &
Bockius LLP
Attorneys At Law

1-SF/7389682.4

2

PROOF OF SERVICE