1  D. W. Kallstrom, (SBN 76937)
   Donald P. Sullivan (SBN 191080)
2  M. Michael Cole (SBN 235538)
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5
   Attorneys for Defendants
6  CLAIR R. COUTURIER, JR., DAVID R
   JOHANSON, and ROBERT E. EDDY
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | GREGORY JOHNSON, WILLIAM        | Case No. 2:05-cv-02046 RRB KJM
   | RODWELL AND EDWARD RANGEL,      |
12 |                                 | **STIPULATION AND ~~[PROPOSED]~~
   |                                 | ORDER MODIFYING THE BRIEFING**
13 |           Plaintiffs,           | **SCHEDULE ON THE INDIVIDUAL
   |                                 | DEFENDANTS' MOTION FOR**
14 |           vs.                   | **SUMMARY JUDGMENT, OR IN THE
   |                                 | ALTERNATIVE, SUMMARY**
15 | CLAIR R. COUTURIER, JR., DAVID R.| **ADJUDICATION**
   | JOHANSON, ROBERT E. EDDY AND    |
16 | THE NOLL MANUFACTURING          |
   | COMPANY EMPLOYEE STOCK          |
17 | OWNERSHIP PLAN AND TRUST,       |
   |                                 |
18 |           Defendants.           |

19       WHEREAS, Defendants Clair R. Couturier, Jr., David R. Johanson, and Robert E. Eddy

20 ("Individual Defendants") electronically filed their Motion for Summary Judgment, or in the

21 Alternative, Summary Adjudication ("Motion") on Friday, July 7, 2006;

22       WHEREAS, the Individual Defendants noticed their Motion for hearing on Friday,

23 September 1, 2006 at 9:30 a.m. before the Honorable Ralph R. Beistline in Anchorage, Alaska;

24       WHEREAS, the Court issued a Minute Order on Monday, July 10, 2006, instructing the

25 parties that any opposition to the Motion must be filed within 15 days of service of the Motion,

26 and that any reply to an opposition must be filed within 5 days of service of the opposition;

27       WHEREAS, the Court issued a second Minute Order on Monday, July 10, 2006, vacating

28 the September 1, 2006 hearing date; and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, the parties wish to modify the briefing schedule outlined by the Court in its

2    July 10, 2006 Minute Order;

3    NOW THEREFORE, FOR GOOD CAUSE SHOWN AND PURSUANT TO LOCAL

4    RULES 83-143 and 6-144, THE PARTIES HEREBY STIPULATE and AGREE as follows:

5    1.    Any papers in opposition to the Individual Defendants' Motion shall be filed on or

6    before Friday, August 18, 2006;

7    2.    The Individual Defendants' reply to any opposition papers shall be filed on or

8    before Friday, September 1, 2006.

9    **IT IS SO STIPULATED:**

10   Dated: July 13, 2006                    MORGAN, LEWIS & BOCKIUS LLP

11
                                             By _____ /S/ Donald P. Sullivan _____
12                                           D. W. Kallstrom
                                             Donald P. Sullivan
13                                           M. Michael Cole
                                             Attorneys for Defendants CLAIR R.
14                                           COUTURIER, JR., DAVID R
                                             JOHANSON, and ROBERT E. EDDY
15

16   Dated: July 13, 2006                    SHAYNE & GREENWALD CO., LPA

17
                                             By      /S/ Anne Marie La Bue [as authorized
18                                                   on July 13, 2006]
                                             Gary D. Greenwald
19                                           Anne Marie La Bue
                                             Attorneys for Plaintiffs GREGORY
20                                           JOHNSON, WILLIAM RODWELL, and
                                             EDWARD RANGEL
21

22   Dated: July 13, 2006                    BULLIVANT HOUSER BAILEY PC

23
                                             By      /S/ M. Taylor Florence [as authorized
24                                                   on July 13, 2006]
                                             M. Taylor Florence
25                                           Attorneys for Defendant NOLL
                                             MANUFACTURING COMPANY
26                                           EMPLOYEE STOCK OWNERSHIP
                                             PLAN AND TRUST
27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                    Case No. 2:05-cv-02046 RRB KJM
                     Stip. and [Prop] Order Modifying Briefing Schedule

1

## [PROPOSED] ORDER

2          For good cause shown, it is herby Ordered that the briefing schedule on the Individual

3    Defendants' Motion for Summary Judgment ("Motion"), or alternatively, Summary Adjudication

4    shall be modified as follows:

5          1.     Any papers in opposition to the Individual Defendants' Motion shall be filed on or

6    before Friday, August 18, 2006; and

7          2.     The Individual Defendants' reply to any opposition papers shall be filed on or

8    before Friday, September 1, 2006.

9

10   **IT IS SO ORDERED.**

11   Dated: _7/17/06_

12                                                      The Hon. Ralph R. Beistline
                                                       U.S. District Judge

13

14

15   1-SF/7390330.1

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                          3          Case No. 2:05-cv-02046 RRB KJM
                                                     Stip. and [Prop] Order Modifying Briefing Schedule