UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL, KELLY MORRELL,

    Plaintiff(s),

v.

CLAIR R. COUTURIER, JR, DAVID R. JOHANSON, and ROBERT E. EDDY,

    Defendant(s).

Case No. 2:05-CV-02046 RRB KJM

I, <u>Ron Kilgard</u>,

attorney for <u>Plaintiffs Gregory Johnson, Edward Rangel, and Kelly Morrell</u>,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Keller Rohrback, PLC |
| Address: | 3101 North Central Avenue, Suite 900 |
| City: | Phoenix |
| State: | Arizona    ZIP Code: 85012 |
| Voice Phone: | (602) 248-0088 |
| FAX Phone: | (602) 248-2822 |
| Internet E-mail: | rkilgard@krplc.com |
| Additional E-mail: | |
| I reside in City: | Phoenix    State: Arizona |

    I was admitted to practice in the <u>Arizona Supreme Court</u> (court) on <u>October 13, 1979</u> (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Juli E. Farris |
| Firm Name: | Keller Rohrback L.L.P. |
| Address: | 1201 Third Avenue, Suite 3200 |
| City: | Seattle |
| State: | WA         ZIP Code: 98101 |
| Voice Phone: | (206) 623-1900 |
| FAX Phone: | (206) 623-3384 |
| E-mail: | jfarris@kellerrohrback.com |

Dated: September 29, 2006      Petitioner: _____

## ORDER

IT IS SO ORDERED.

Dated: 10/13/06                          S/ RALPH R BEISTLINE
                                         JUDGE, U.S. DISTRICT COURT