

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

Gregory Johnson, et al.

                    Plaintiff(s),

Case No.   2:05-cv-02046-DFL-KJM

v.

Clair R. Couturier, Jr., et al.

                    Defendant(s).

I, ___Stanley H. Shayne_____,

attorney for___Plaintiffs Gregory Johnson, William Rodwell and Edward Rangel_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Shayne & Greenwald Co., LPA |
| Address: | 221 South High Street |
| | |
| City: | Columbus |
| State: | OH      ZIP Code: 43215 |
| Voice Phone: | ( 614 ) 221-1111 |
| FAX Phone: | ( 614 ) 221-4070 |
| Internet E-mail: | STAN@shaynegreenwald.com |
| Additional E-mail: | |
| I reside in City: | Gahanna      State: OH |

      I was admitted to practice in the _courts of the State of Ohio_____ (court)

on _January 17, 1969_____(date). I am presently in good standing and

eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:           Matthew Righetti

Firm Name:      Righetti Wynne

Address:        456 Montgomery Street, Suite 1400

City:           San Francisco

State:          CA              ZIP Code:   94104

Voice Phone: ( 415    )  983-0900

FAX Phone:   ( 415    )  397-9005

E-mail:      matt@righettilaw.com

Dated:  May 1, 2006          Petitioner:  _____

**ORDER**

IT IS SO ORDERED.

Dated:  10/13/06                      S/ RALPH R BEISTLINE

                                      JUDGE, U.S. DISTRICT COURT

