Ron Kilgard, Admitted Pro Hac Vice
Gary A. Gotto, Admitted Pro Hac Vice
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 900
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@krplc.com
ggotto@krplc.com

Gary Greenwald, Admitted Pro Hac Vice
GREENWALD & ASSOCIATES, L.L.C.
221 South High Street
Columbus, Ohio 43215
Telephone: (614) 221-1111
Facsimile: (614) 221-4070
gdglaw@aol.com

*Additional counsel on signature page*

Attorneys for Plaintiffs Johnson, Rangel and Morrell

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, EDWARD RANGEL and KELLY MORRELL, on behalf of themselves and on behalf of all participants in the Employee Ownership Holding Company, Inc. Employee Stock Ownership Plan, <br><br> Plaintiffs, <br><br> vs. <br><br> CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY, THE NOLL MANUFACTURING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, and PENSCO, INC., <br><br> Defendants. | No. 2:05-cv-02046-RRB-KJM <br><br><br> ~~PROPOSED~~ ORDER GRANTING PLAINTIFFS JOHNSON'S, RANGEL'S AND MORRELL'S MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT UNDER SEAL |

Case No. 2:05-cv-02046 RRB KJM
Order to File Under Seal

KELLER ROHRBACK P.L.C.
ATTORNEYS AT LAW
NATIONAL BANK PLAZA, SUITE 900
3101 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012-2600
TEL. (602) 248-0088  FAX (602) 248-2822

Counsel for Plaintiffs Gregory Johnson, Edward Rangel and Kelly Morrell request leave of this Court to file under seal their Amended Complaint pursuant to the terms of the Protective Order by Stipulation entered February 22, 2006.

Good cause appearing thereto,

IT IS HEREBY ORDERED that Plaintiffs' Amended Complaint be filed under seal. *The Amended Complaint is Docket 103.*

DATED: this 30th day of October, 2006.

S/ RRB
Hon. Ralph R. Beistline
United States District Court Judge

2

Case No. 2:05-cv-02046 RRB KJM
Order to File Under Seal