1  Christopher J. Rillo (SB112009)
   GROOM LAW GROUP, CHARTERED
2  1701 Pennsylvania Avenue, NW
   Washington, DC  20006
3  Tel: 202.857.0620
   Fax: 202.659.4503
4
   Attorney for Defendant
5  DAVID R. JOHANSON

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 | GREGORY JOHNSON, WILLIAM         | Case No. 2:05-cv-02046 RRB KJM
   | RODWELL AND EDWARD RANGEL,       |
11 |                                  | **STIPULATION AND ORDER
   |          Plaintiff,              | SUBSTITUTING CHRISTOPHER RILLO
12 |                                  | OF GROOM LAW GROUP, CHARTERED
   |     vs.                          | AS COUNSEL FOR DEFENDANT DAVID
13 |                                  | JOHANSON**
   | CLAIR R. COUTURIER, JR., DAVID R.|
14 | JOHANSON, ROBERT E. EDDY AND     |
   | THE NOLL MANUFACTURING           |
15 | COMPANY EMPLOYEE STOCK           |
   | OWNERSHIP PLAN AND TRUST,        |
16 |                                  |
   |          Defendants.             |
17

18         PLEASE TAKE NOTICE that Defendant David Johanson hereby substitutes Christopher
19
   Rillo, a principal of Groom Law Group, Chartered, as counsel in place and stead of D. Ward
20
   Kallstrom , Morgan Lewis & Bockius LLP.
21
   Dated this 29th day of November, 2006.
22

23
                                         By      /s/
24                                            Christopher J. Rillo

25

                              Case No. 2:05-cv-02046 RRB KJM
                      Stipulation and Order Substituting Christopher J. Rillo
                            As Counsel for Defendant David Johanson

1  Dated this 29th day of November, 2006.

2     I accept the substitution.

3                                                          MORGAN LEWIS & BOCKIUS LLP

5                                                By    /s/
                                                       D. Ward Kallstrom

7  Dated this 29th day of November, 2006.

8     I approve the substitution.

10

11                                              By    /s/
                                                       David Johanson

13  **ORDER**

14  For good cause, the stipulation is approved and Christopher J. Rillo is substituted into the action as counsel for Defendant David Johanson.

16  Dated this 30 day of November, 2006.

                                      /s/ RRB
                           The Honorable Ralph Bestline
                           United States District Judge

Case No. 2:05-cv-02046 RRB KJM
Stipulation and Order Substituting Christopher J. Rillo
As Counsel for Defendant David Johanson