# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL, and KELLY MORRELL, | No. 2:05-cv-02046 RRB KJM |
| Plaintiffs | **STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO REPLY TO JOHANSON'S OPPOSITION TO THE MOTION TO AMEND THE COMPLAINT** |
| vs. | |
| CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY, JOHANSON BERENSON LLP, and PENSCO, INC., | |
| Defendants. | |
| and | |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, | |
| Nominal Defendant. | |

WHEREAS, Defendant Johnaons has filed an Opposition to Plaintiffs' Motion to Seek Leave to Amend the Complaint; and

WHEREAS, the deadline for the Reply Memorandum is December 26, 2006;

WHEREAS, counsel for Plaintiffs has requested a brief continuance to prepare the Reply to Johanson's Opposition;

NOW THEREFORE, IT IS HEREBY STIPULATED between the parties that the time for Plaintiffs to Reply to the Opposition to Plaintiffs' Motion to Amend the Complaint may be extended up through and including January 5, 2007.

DATED: December 19, 2006

| | |
|---|---|
| KELLER ROHRBACK, P.L.C.<br>By: /s/ Ron Kilgard<br>Ron Kilgard<br>Gary A. Gotto<br>3101 North Central Avenue, Suite 1400<br>Phoenix, Arizona 85012 | SHAYNE LABUE NICHOLS, LLC<br>Anne Marie La Bue<br>221 South High Street<br>Columbus, OH 43215 |
| GREENWALD & ASSOCIATES, L.L.C.<br>Gary D. Greenwald<br>221 South High Street<br>Columbus, Ohio 43215 | DEGRAFF, FOY, KUNZ & DEVINE, LLP<br>Terence J. Devine<br>90 State Street, Suite 1100<br>Albany, NY 12207 |
| KELLER ROHRBACK, L.L.P.<br>Juli E. Farris<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101 | RIGHETTI LAW FIRM, P.C.<br>Matthew Righetti<br>456 Montgomery Street, Suite 1400<br>San Francisco, CA 94104 |
| Attorneys for Plaintiffs Johnson, Rangel, and Morrell | Attorneys for Plaintiff Rodwell |
| MORGAN, LEWIS & BOCKIUS, LLP<br>By: /s/ D. Ward Kallstrom<br>D. Ward Kallstrom<br>M. Michael Cole<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br><br>Attorneys for Defendants Couturier and Eddy | BULLIVANT HOUSER BAILEY, PC<br>By: /s/ M. Taylor Florence<br>M. Taylor Florence<br>1415 L Street, Suite 1000<br>Sacramento, CA 95814<br><br>Attorneys for Defendant The Employee Ownership Holding Company, Inc. Employee Stock Ownership Plan |
| MORGAN, LEWIS & BOCKIUS, LLP<br>By: /s/ Theodore M. Becker<br>Theodore M. Becker<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br><br>Attorneys for Defendants Couturier and Eddy | GROOM LAW GROUP, CHTD<br>By: /s/ Christopher J. Rillo<br>Christopher J. Rillo<br>Lars Golumbic<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Attorneys for Defendants Johanson and Johanson Berenson LLP |

Case No. 2:05-cv-02046 RRB KJM
Stipulation for Enlargement of Time

**ORDER**

For good cause shown, the terms of the Stipulation to Extend the Time for Plaintiffs to Reply to Johanson's Opposition to the Motion to Amend the Complaint is APPROVED and the parties are ORDERED to comply with its terms.

Dated: 12/19/06

/s/ RRB
The Honorable Ralph R. Beistline
United States District Judge