# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL, and KELLY MORRELL, <br><br> Plaintiffs <br><br> v. <br><br> CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY, JOHANSON BERENSON LLP, and PENSCO, INC., <br><br> Defendants. <br><br> and <br><br> THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, NOLL MANUFACTURING COMPANY, N & NW MANUFACTURING HOLDING COMPANY, INC. and THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. <br><br> Nominal Defendants. | Case No.: 2:05-cv-02046 RRB KJM <br><br> *ORDER ON* <br> STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT |

WHEREAS, Plaintiffs have filed an Amended Complaint; and

WHEREAS, the deadline for responding to the Amended Complaint is April 26, 2007; and

WHEREAS, counsel for Defendants have requested a brief extension of time to respond to Plaintiffs' Amended Complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED between the parties that the time for Defendants to respond to Plaintiffs' Amended Complaint may be extended up through and including May 16, 2007.

Dated: April 19, 2007

**ORDER**

For good cause shown, the terms of the Stipulation to Extend the Time for Defendants' Response to Plaintiffs' Amended Complaint is APPROVED and the parties are ORDERED to comply with its terms.

Dated: 20 day of April, 2007.

S/RRB
The Honorable Ralph R. Beistline
United States District Judge