Natalie P. Vance, Esq., Bar No. 206708
Jason W. Schaff, Esq., Bar No. 244285
**KLINEDINST PC**
1107 9th Street, Suite 680
Sacramento, California 95814
(916) 444-7573; FAX (916) 444-7544
nvance@klinedinstlaw.com
jschaff@klinedinstlaw.com

Attorneys for JOHANSON BERENSON LLP

**UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL AND EDWARD RANGEL, and KELLY MORRELL,<br><br>Plaintiffs,<br><br>v.<br><br>CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY, JOHANSON BERENSON LLP, and PENSCO, INC.,<br><br>Defendants.<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC., EMPLOYEE STOCK OWNERSHIP PLAN, NOLL MANUFACTURING COMPANY, N & NW MANUFACTURING HOLDING COMPANY, INC., and THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC.,<br><br>Nominal Defendants. | Case Number: 2:05-CV-02046 RRB KJM<br><br>**ORDER ON JOHANSON BERENSON LLP'S EX PARTE APPLICATION TO STAY DISCOVERY**<br><br>Complaint Filed:  10/11/05<br>Trial Date:      None yet. |

The Court has considered the ex parte application brought by Defendant JOHANSON BERENSON LLP for an immediate stay of discovery, and being fully advised, and good cause appearing, the application is DENIED.

DATED:  June 1, 2007.

_____
U.S. MAGISTRATE JUDGE