IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY JOHNSON, et al.,,

    Plaintiffs,                                  No. CIV S-05-2046 RRB KJM

    vs.

CLAIR COUTURIER, JR., et al.,

    Defendants.                             <u>ORDER</u>

_____/

        Defendant's motion to stay discovery came on regularly for hearing June 13, 2007. No appearance was made for plaintiffs. Natalie Vance and Jason Schaff appeared for defendant Johanson Berenson LLP. John Spomer appeared for nominal defendant Employee Ownership Holding Company, Inc. No appearance was made for the remaining defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        Discovery is stayed pending resolution of the motion to dismiss brought by defendant Johanson Berenson LLP or for sixty days, whichever occurs first.

DATED: June 14, 2007.

006 johnson-couturier.oah

U.S. MAGISTRATE JUDGE

1