IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY JOHNSON, et al.,

    Plaintiffs,                                No. CIV S-05-2046 RRB KJM

    vs.

CLAIR COUTURIER, JR., et al.,

    Defendants.                           ORDER

/

Defendant's motion to enforce deposition subpoena has been noticed for hearing on November 7, 2007. Upon review of the documents in support, no opposition having yet been filed, THE COURT FINDS AND ORDERS AS FOLLOWS:

The subpoena defendant seeks to enforce is invalid inasmuch as the subpoena issued from the Eastern District of California and notices the deposition in San Francisco, which is located in the Northern District of California. See Fed. R. Civ. P. 45(a)(2)(B); see generally Kupritz v. Savannah College of Art & Design, 155 F.R.D. 84, 88 (E.D. Pa. 1994). Accordingly, the motion to enforce subpoena is denied without prejudice to its renewal after service of a valid subpoena.

DATED: October 3, 2007.

_____
U.S. MAGISTRATE JUDGE

006 johnson-couturier.sub

1