IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY JOHNSON, et al.,

      Plaintiffs,                                  No. CIV S-05-2046 RRB KJM

      vs.

CLAIR COUTURIER, JR., et al.,

      Defendants.                              <u>ORDER</u>

_____/

          Plaintiffs' motion to extend the time limits for the deposition of James Roorda is pending before the court. Good cause appearing, IT IS HEREBY ORDERED that:

          1. The deposition of James Roorda may proceed forward on the duly noticed date for the deposition.

          2. Absent agreement by the parties, the time limit shall not be extended at this time.

          3. Plaintiffs are granted leave to file a motion to extend the time limit after completion of seven hours of deposition. Said motion shall identify specific areas of inquiry that could not be fairly examined within the presumptive time limit. <u>See</u> Fed. R. Civ. P. 30(d)(2).

DATED: November 14, 2007.

_____
U.S. MAGISTRATE JUDGE

006/johnson-couturier2.sub

1