IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY JOHNSON, et al.,

    Plaintiffs,                    No. CIV S-05-2046 RRB KJM

    vs.

CLAIR COUTURIER, JR., et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff's motion to compel production of documents came on regularly for hearing January 16, 2008. Gary Greenwald appeared for plaintiffs. Donald Sullivan appeared for defendant Couturier. No appearance was made for defendant Pensco, to whom the motion to compel is directed; Pensco's counsel Mary Jo Shartsis did participate in preparation of the parties' joint statement. No appearance was made for the remaining defendants. Upon careful review of the documents in support and opposition, upon hearing the arguments of counsel and having reviewed the authorities cited during argument, having reviewed the supplemental filing made by plaintiff following the hearing, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The motion to compel is granted. Responsive documents shall be produced within fifteen days. With respect to request no. 5, communications after June 8, 2006 may be

1

withheld for the time being under the joint defense privilege; within fifteen days any documents withheld on that basis shall be submitted to the court for <u>in camera</u> review. Said submission shall be accompanied by a privilege log, which will be served on all parties.

    2. The court finds an award of expenses is not warranted considering all of the circumstances reflected in the record before it on this motion. Fed. R. Civ. P. 37 (a)(5)(A).

DATED: January 17, 2008.

_____
U.S. MAGISTRATE JUDGE

006
johnson-couturier2.oah