Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Matthew Righetti (SBN 121012)
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al., | No. 2:05-cv-02046 RRB KJM (Lead Case-Consolidated) |
| Plaintiffs, | |
| v. | **THE PARTIES' AGREED UPON SCHEDULING ORDER** |
| CLAIR R. COUTURIER, JR., et al., | |
| Defendants, | |
| DARLEEN STANTON, | No. 2:07-CV-01208 WBS-JFM |
| Plaintiff, | (Consolidated under 2:05-CV-02046 RRB KJM) |
| v. | |
| CLAIR R. COUTURIER, JR., et al. | |
| Defendants. | |

1                                                                        Scheduling Order

PDF created with pdfFactory trial version www.pdffactory.com

On or about February 5, 2008, Defendants filed and served their Motion for Leave of Court to File Under Seal their Motion to Disqualify Plaintiffs' Counsel and for a Protective Order Barring the Use of Any Materials Derived from Information from Thomas J. McIntosh and All Associated Documents and Exhibits Thereto (hereinafter referred to as the "Motion to Seal" and the "Disqualification Motion"). Thereafter, Defendants served but did not file the Disqualification Motion.

The Motion to Seal has been fully briefed and is ripe for decision. The Disqualification Motion is not yet before this Court.

In an effort to streamline the briefing process, Plaintiffs and Defendants have agreed to the following schedule:

**March 14, 2008:** Plaintiffs to file Memorandum in Opposition to Disqualification Motion; and

**April 7, 2008:** Defendants to file Reply Memorandum in Support of Disqualification Motion.

IT IS THEREFORE ORDERED that Plaintiffs shall file their Memorandum in Opposition to the Disqualification Motion on or before **March 14, 2008** and Defendants shall file their Reply Memorandum in Support of the Disqualification Motion on or before **April 7, 2008**.

DATED:   February 21, 2008.


By:      /s/ Ralph R. Beistline
         The Honorable Ralph R. Beistline
         United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

APPROVED:

KELLER ROHRBACK, P.L.C.                    SHAYNE NICHOLS, LLC
By:     /s/ Gary D. Greenwald             Stanley H. Shayne
Ron Kilgard                                Two Miranova Place, Suite 220
Gary A. Gotto                              Columbus, Ohio 43215
Gary D. Greenwald
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012


KELLER ROHRBACK, L.L.P.                    DEVINE, MARKOVITS & SNYDER, LLP
Juli E. Farris                             Terence J. Devine
1201 Third Avenue, Suite 3200              52 Corporate Circle
Seattle, Washington 98101                  Albany, New York 12203

                                           RIGHETTI LAW FIRM, P.C.
                                           Matthew Righetti
                                           456 Montgomery Street, Suite 1400
                                           San Francisco, California 94104

Attorneys for Plaintiffs Johnson, Rangel, Morrell,    Attorneys for Plaintiff Rodwell
and Stanton


GROOM LAW GROUP CHARTERED                  ORRICK HERRINGTON
By:     /s/ Chrisopher J. Rillo           & SUTCLIFFE LLP
Christopher J. Rillo                       By:     /s/ Cynthia J. Larsen
Lars C. Golumbic                           Cynthia J. Larsen
Dipal A. Shah                              Stacey Erin Don
1701 Pennsylvania Avenue, NW               400 Capitol Mall, Suite 3000
Washington, D.C. 20006                     Sacramento, California 95814
Attorneys for Defendant Johanson           Attorneys for Defendants Noll
                                           Manufacturing Company,
                                           N&NW Manufacturing Company,
                                           The Employee Ownership Holding Company

Scheduling Order

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2008, **The Parties' Agreed Upon Scheduling Order** was filed electronically.  Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

Theodore M. Becker
Julie A. Govreau
Julia Y. Trankiem
Morgan, Lewis & Bockius LLP.
77 West Wacker Drive
Chicago, Illinois 60601
Attorneys for Defendant Couturier

Donald Patrick Sullivan
M. Michael Cole
Morgan Lewis and Bockius LLP
Spear Street Tower
One Market Street, Suite 28
San Francisco, California 94105
Attorneys for Defendant Couturier

M. Taylor Florence
John E. Spomer
Bullivant Houser Bailey PC
1415 L Street, Suite 1000
Sacramento, California 95814
Attorneys for Defendant Noll Manufacturing Company
          Employee Stock Ownership Plan and Trust

PDF created with pdfFactory trial version www.pdffactory.com

1   Katherine Somervell
    Robert B. Miller
2   Bullivant Houser Bailey
    300 Pioneer Tower
3   888 SW Fifth Street
    Portland, Oregon 97204
4   Attorneys for Defendant Noll Manufacturing Company
           Employee Stock Ownership Plan and Trust
5
6   Cynthia J. Larsen
    Stacy Erin Don
7   Orrick Herrington & Sutcliffe LLP
    400 Capitol Mall, Suite 3000
8   Sacramento, California 95814
    Attorneys for Defendant
9          The Employee Ownership Holding Company, Inc.

10  Christopher J. Rillo
    Lars C. Golumbic
11  Dipal A. Shah
    Groom Law Group Chartered
12  1701 Pennsylvania Avenue, NW
    Washington, D.C. 20006
13  Attorneys for Defendant Johanson
14
15  Natalie P. Vance
    Jason W. Schaff
16  Klinedinst PC
    801 K Street, Suite 2800
17  Sacramento, California 95814
    Attorneys for Defendant Johanson Berenson, LLP
18
19  Lois O. Rosenbaum
    Timothy W. Snider
20  Stoel Reves LLP
    900 S.W. 5th Avenue, Suite 2600
21  Portland, Oregon 97204-1268
    Attorneys for Defendant Eddy
22
23  Erick C. Howard
    Shartsis Friese LLP
    One Maritime Plaza, 18th Floor
24  San Francisco, California 94111
    Attorneys for Defendant Pensco, Inc.
25

26

5                                        Scheduling Order

1    Ron Kilgard
     Gary A. Gotto
2    Gary D. Greenwald
     Keller Rohrback PLC
3    3101 North Central Avenue, Suite 1400
     Phoenix, Arizona 85012
4    Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton

5
     Juli E. Farris
6    Keller Rohrback LLP
     1201 Third Avenue, Suite 3200
7    Seattle, Washington 98101
     Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton
8

9    Stanley H. Shayne
     Shayne Nichols LLC
10   Two Miranova Place, Suite 220
     Columbus, Ohio 43215
11   Attorneys for Plaintiff Rodwell

12   Terence J. Devine
     Devine, Markovits & Snyder, LLP
13   52 Corporate Circle
     Albany, New York 12203
14   Attorneys for Plaintiff Rodwell

15
     Matthew Righetti
16   Righetti Law Firm PC
     456 Montgomery Street, Suite 1400
17   San Francisco, California 94104
     Attorneys for Plaintiff Rodwell
18

19

20                   By:    /s/ Gary D. Greenwald

21

22

23

24

25

26

                          6                      Scheduling Order

PDF created with pdfFactory trial version www.pdffactory.com