| | |
|---|---|
| CHRISTOPHER J. RILLO (SB112009)<br>LARS GOLUMBIC<br>DIPAL SHAH<br>GROOM LAW GROUP, CHARTERED<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Tel: 202.857-0620<br>Fax: 202.659-4503 | THEODORE M. BECKER<br>DONALD P. SULLIVAN<br>JULIE A. GOVREAU<br>MORGAN, LEWIS & BOCKIUS, LLP<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>Tel: (312) 324-1190<br>Fax: (312) 324-1001 |
| *Attorneys for Defendant David R. Johanson* | *Attorneys for Defendant Clair R. Couturier* |
| CYNTHIA J. LARSEN<br>STACY ERIN DON<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall Suite 3000<br>Sacramento, CA 95814<br>Tel: (916) 329-7970<br>Fax: (916) 329-4900 | LOIS O. ROSENBAUM<br>TIMOTHY W. SNIDER<br>STOEL RIVES, LLP<br>900 SW Fifth Ave., Suite 2600<br>Portland, OR 97204<br>Tel: (503) 294-9293<br>Fax: (503) 294-9113 |
| *Attorneys for Defendants Noll Manufacturing Company, N & NW Manufacturing Company, Inc. and The Employee Ownership Holding Company,* | *Attorneys for Defendant Robert E. Eddy* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

**FILED**
APR 10 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ DEPUTY CLERK

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL, AND KELLY MORRELL,<br><br>Plaintiffs,<br>vs.<br><br>CLAIR R. COUTURIER, JR., DAVID R. JOHANSON, ROBERT E. EDDY, JOHANSON BERENSON LLP, AND PENSCO, INC.,<br><br>Defendants.<br><br>and<br><br>THE EMPLOYEE OWNERSHIP HOLDING COMPANY, INC. EMPLOYEE STOCK OWNERSHIP PLAN, NOLL MANUFACTURING COMPANY, N&NW MANUFACTURING HOLDING | No. 2:05-cv-02046 RRB KJM<br>(Lead Case-Consolidated)<br><br>**ORDER ON MOTION FOR LEAVE OF COURT TO FILE UNDER SEAL ITS REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL AND FOR A PROTECTIVE ORDER BARRING THE USE OF ANY MATERIALS DERIVED FROM INFORMATION OBTAINED FROM THOMAS J. MCINTOSH AND ALL ASSOCIATED DOCUMENTS AND EXHIBITS THERETO** |

Order to Seal                                                    - 1 -

|  |  |
|---|---|
| COMPANY, INC. and THE EMPLOYEE OWNERSHIP HOLDING COMPANY,<br><br>Nominal Defendants<br><br>DARLEEN STANTON<br><br>Plaintiffs,<br>vs.<br><br>CLAIR R. COUTURIER, et al.<br><br>Defendants. | No. 2:07-CV-01208 WBS-JFM<br><br>(Consolidated under 2:05-CV-02046 RRB KJM) |

Upon consideration of Defendants Noll Manufacturing Company, N&NW Manufacturing Holding Company, Inc. and The Employee Ownership Holding Company, David R. Johanson, Clair R. Couturier, and Robert E. Eddy's Motion for Leave of Court to file Under Seal its Reply in Further Support of Defendants' Motion to Disqualify Plaintiffs' Counsel and For a Protective Order Barring the Use of any Materials Derived From Information Obtained from Thomas J. McIntosh and All Associated Documents and Exhibits Thereto, including the following:

(1) Reply in Further Support of Defendants' Motion to Disqualify Plaintiffs' Counsel and For a Protective Order Barring the Use of Any Materials Derived From Information Obtained From Thomas J. McIntosh; and

(2) Reply Declaration of Mark L. Tuft in Support of Motion to Disqualify Plaintiffs' Counsel ("Second Tuft Declaration").

It is hereby ORDERED that such motion is GRANTED in all respects.

Dated: April 9th, 08

The Honorable Ralph R. Beistline
United States District Judge

Order to Seal                                    - 2 -