IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY JOHNSON, et al.,

    Plaintiffs,                                  No. CIV S-05-2046 RRB KJM

    vs.

CLAIR COUTURIER, JR., et al.,

    Defendants.                               <u>ORDER</u>

_____/

        Plaintiff's motion to extend the time limits for depositions came on regularly for hearing May 14, 2008. Gary Greenwald appeared for plaintiffs. Christopher Rillo appeared for defendant Johanson. Donald Sullivan appeared for defendant Couturier. No appearance was made for non-party Roorda; the court was advised by defense counsel at the hearing that non-party Roorda was submitting the matter on the papers. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The motion to extend the time limits for deposition of nonparty Roorda is granted. This court has authority to control the time limits for depositions in this action. <u>See</u> <u>VISX, Inc. v. Nidek Co.</u>, 208 F.R.D. 615, 616 n.2 (N.D. Cal. 2002); <u>see also</u> Fed. R. Civ. P.30, Advisory Committee Notes to 2000 Amendments. Plaintiff is granted leave to conduct three

1

further hours of deposition of nonparty Roorda.

2. The motion to extend the time limits for deposition of defendant Johanson is granted. Plaintiff is granted leave to conduct ten hours of deposition of defendant Johanson. Deposition of said deponent shall take place at the Robert Matsui Federal Courthouse in Sacramento. The parties are directed to contact Matt Caspar (916-930-4187) to arrange dates for said deposition in accordance with the court's calendar.

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

006
johnson-couturier2.oah