IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON and DARLEEN STANTON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLAIR R. COUTURIER JR., et al.,<br><br>    Defendants. | Case No. 2:05-cv-2046-RRB<br>(Consolidated with<br>   2:07-cv-1208-RRB)<br><br>**ORDER GRANTING MOTION TO DISSOLVE PROTECTIVE ORDER AND DENYING MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL** |

Before the Court is Plaintiffs' Motion to Dissolve Protective Order at Docket 290, which is opposed by Defendants. The Court sees no further need for the protective order and hereby dissolves it prospectively. Any matters previously filed under seal shall remain sealed, absent further order of the Court. Any further filings shall not be under seal, absent order of the Court.

The Court has also considered Defendants' Motion to Disqualify Plaintiffs' Counsel and for a Protective Order Barring the Use of Any Materials Derived from Information Obtained from Thomas J. McIntosh at Docket 312, and the opposition thereto. It does not appear that Plaintiff obtained information that wouldn't have otherwise been properly discovered in this matter, nor does it

appear that Plaintiffs' counsel acted with improper intent in talking to Thomas J. McIntosh.  Moreover, the remedy of disqualification is drastic under the circumstances and, in the Court's view, not justified.  The motion is therefore **DENIED.**

Finally, appearing that substantial discovery has been conducted in this matter and that the interest of justice requires a timely resolution of this dispute, the parties shall, on or before **August 20, 2008**, file a brief status report with the Court indicating when the matter will be ready for trial.

ENTERED this 12th day of August, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE