1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9   GREGORY JOHNSON, et al.,

10          Plaintiffs,                        No. CIV S-05-2046 RRB GGH

11      vs.

12  CLAIR COUTURIER, JR., et al.,

13          Defendants.                        ORDER

14  _____/

15          Presently pending on this court's law and motion calendar for October 30, 2008,

16  are plaintiffs' motion for sanctions, filed August 20, 2008 and plaintiffs' motion to compel

17  production of documents, filed August 26, 2008.  Defendants Couturier, Johanson, and Eddy

18  have filed a motion to continue the hearing date.  After receiving plaintiffs' opposition, the court

19  now issues the following order.

20          Defendants move to continue the October 30, 2008 hearing pending a ruling by

21  the Ninth Circuit Court of Appeals on their motion for a stay of the district court's preliminary

22  injunction orders, or in the alternative, for a stay of the proceedings pending appeal.

23          The undersigned has no authority to stay this entire case pending appeal.  Even if

24  defendants' motion is construed as a request to stay discovery, that request is denied, as is the

25  motion for continuance, for the following reasons.  Defendants have not shown good cause to

26  stay these discovery proceedings pending appeal.  First, the discovery issues are not the subject

1   of appeal.  See Natural Resources Defense Council, Inc., 242 F.3d 1163, 1166 (9th Cir. 2001)

2   (appeals divest district court of jurisdiction of issues only on appeal).  Moreover, defendants have

3   not established that they cannot afford counsel or that legal fees will not be reimbursed to them if

4   they prevail on appeal (The subject of the preliminary injunction orders concerns constructive

5   trust and prohibition on advancement of legal fees to defendants).  Furthermore, as pointed out

6   by plaintiffs, these motions have been pending since August, 2008, and have been continued at

7   least two times.[1]  This case is over three years old, and is only in the discovery phase.  Plaintiffs

8   also point to Couturier's failing health and their desire to depose him before his health

9   deteriorates further.  Finally, during the time that these motions would be delayed, defendant

10  Couturier would be able to spend monies from the constructive trust fund on living expenses and

11  attorneys' fees.

12          Accordingly, IT IS ORDERED that:

13          1.  Defendants' October 27, 2008 motion to continue the October 30, 2008

14  hearing date or to stay discovery is denied.

15          2.  The hearing on plaintiffs' motions is vacated from the calendar for October 30,

16  2008, and the motions (docket #s 326, 337) are taken under submission.  If a hearing is later

17  determined to be necessary upon refinement of the issues, one will be scheduled by the court.

18  DATED: 10/29/08

19                                                      /s/ Gregory G. Hollows
                                                     _____
20                                                      GREGORY G. HOLLOWS
                                                     U. S. MAGISTRATE JUDGE
    GGH:076:Johnson2046.cont.wpd
21

22

23

24

_____

25          [1]  Plaintiffs contend that both continuances were pursuant to defendants' requests.  The
    docket reflects joint requests "pursuant to agreement of counsel for plaintiffs and defendant[s]."
26  (Docket #s 335, 357.)