Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Matthew Righetti (SBN 121012)
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al., <br><br> Plaintiffs, <br> v. <br><br> CLAIR R. COUTURIER, JR., et al., <br><br> Defendants, | No. 2:05-cv-02046 RRB GGH <br> (Lead Case-Consolidated) <br><br><br> **DECLARATION OF TERENCE J. DEVINE, ESQ. IN SUPPORT OF MOTION FOR AN EMERGENCY STAY OF ARBITRATION OR ORDER PERMITTING INTERVENTION** |
| DARLEEN STANTON, <br> Plaintiff, <br> v. <br><br> CLAIR R. COUTURIER, JR., et al. <br><br> Defendants. | No. 2:07-CV-01208 WBS-JFM <br><br> (Consolidated under <br> 2:05-CV-02046 RRB KJM) |

1

Terence J. Devine, Esq., hereby declares as follows:

1.      I am an attorney at law, duly admitted to practice in the State of New York and various federal courts, and admitted pro hac vice in this Court for the purpose of this matter.

2.       I am a member of the firm of Devine, Markovits & Snyder, LLP, counsel for William Rodwell.  I make this declaration in support of Plaintiffs' motion to an emergency stay of the arbitration currently pending between Bruce Couturier as Claimant, and TEOHC, as Respondent, and for a stay of the Interim Order granted in said arbitration by Arbitrator Richard L. Gilbert, or in the alternative, for an Order Permitting Plaintiffs' to Intervene in said Arbitration.

3.      Attached hereto as Exhibit A is a copy of Plaintiffs' motion to intervene in the arbitration of Bruce Couturier, as Claimant, against TEOHC, as Respondent (the "Arbitration") dated October 2, 2008.

4.      Attached hereto as Exhibit B is a copy of the papers filed on behalf of Bruce Couturier in opposition to Plaintiffs' motion to intervene in the Arbitration.

5.      Attached hereto as Exhibit C is the decision of Arbitrator Richard L. Gilbert denying Plaintiffs' motion to intervene in the Arbitration dated November 17, 2008.

6.      Attached hereto as Exhibit D is TEOHC's motion to stay the Arbitration dated November 20, 2008.

7.      Attached hereto as Exhibit E is a copy of an e-mail from Arbitrator Richard L. Gilbert dated November 24, 2008 at 5:16 p.m. EST.

8.      Attached hereto as Exhibit F is a copy of an e-mail from Arbitrator Richard L. Gilbert dated November 24, 2008, at 8:08 p.m., EST.

2

I declare under penalty of perjury under the laws of the United Stated that the foregoing is true and correct and that this declaration was executed on November 26, 2008 at Albany, New York.


DATED: November 26, 2008

_____

Terence J. Devine