**Terence Devine**
___

| | |
|---|---|
| From: | Richard L. Gilbert [richardlgilbert@rgilbertadr.com] |
| Sent: | Monday, November 24, 2008 5:16 PM |
| To: | Debbie Heller; kseibert@DowneyBrand.com |
| Cc: | ggreenwald@kellerrohrback.com; tdevine@dmslawyers.com; clarsen@orrick.com |
| Subject: | Re: Couturier v. TEOHC Arbitration |
| Importance: | High |

Counsel:

I have received (by email transmission) copies of Johnson, et al.'s motion for leave to file a supplemental complaint against Bruce Couturier in the matter of *Johnson, et al. v. Claire Couturier, et al*, Eastern District Case No. 2:05-cv-02046 RRB KJM.

I previously denied the "Johnson plaintiffs" request to intervene in the *Bruce Couturier v. TEOHC* arbitration proceedings in the main based on my determination that such determination was in the province of a court with jurisdiction over the parties and substance, not the arbitrator. My ruling on this issue is in Exhibit F to the recent USDC filing at Docket 484.2.

Since that order was issued, TEOHC has requested that I stay the arbitration proceedings so that the Johnson plaintiff's could pursue the matter, including a potential stay of the pending arbitration, in the Federal Court. In response to the TEOHC stay request, I informed counsel in the matter before me:

> "I intend to consider TEOHC's request for a stay on Monday afternoon and to decide the issue by the close of business Monday <u>so long as I am provided proof that the proposed intervenors have made the referenced application to the Federal Court, including a request for a temporary or permanent stay of the arbitration proceedings</u>." (Emphasis added.)

In reviewing the USDC filing first referenced above, I did not see a specific request that the arbitration proceedings be immediately stayed. To the contrary, If I read correctly, such a request is, apparently, being deferred in favor of my consideration of TEOHC's request for a postponement of the arbitration pending Federal Court intervention.

For the same reasons set forth in my November 17, 2008 ruling (Docket 484.2, supra), I do not believe there are, necessarily, grounds to stay the arbitration because of the fear of inconsistent rulings or that ERISA rights are implicated.

In considering TEOHC's request for stay, I intended to consider allowing a reasonable opportunity for the parties to address the issue with the Federal Court. As noted in the language quoted above, however, this only makes sense if the Federal Court is being asked to exercise potential jurisdiction over the arbitration <u>now</u>.

Please immediately confirm whether the "Johnson plaintiffs" intend to seek such intervention by request for immediate stay. If so, has this matter been presented to the Court? When will it be considered?

1

Finally, I am sending this email in reply to one I received with the filing attached. If you note someone that should receive this, but have not, kindly forward it and advise me who should be additional addressees on communications on this matter from me.

Richard L. Gilbert
Judge of the Superior Court (Ret.)
2630 "J" Street
Sacramento, California 95816
Tel: 916.442.0414/Fax: 916.442.7046
richardlgilbert@rgilbertadr.com
http://www.richardlgilbertadr.com/

------------------------------------------------------------

CONFIDENTIALITY NOTICE:
This email and any attachment is intended solely for the recipient(s) listed in the heading. Unless otherwise noted, it contains information that may be privileged, confidential or otherwise protected by law from disclosure. If you have received this message in error, please notify the sender and delete the message. Thank you.

----- Original Message -----
From: "Debbie Heller" <DHeller@krplc.com>
To: <richardlgilbert@rgilbertadr.com>; <kseibert@DowneyBrand.com>
Cc: <ggreenwald@kellerrohrback.com>; <tdevine@dmslawyers.com>; <clarsen@orrick.com>
Sent: Monday, November 24, 2008 12:05 PM
Subject: Couturier v. TEOHC Arbitration


Gentlemen:

Attached is a copy of the filing made today in the Eastern District
Court of California in the case of Johnson, et al. v. Couturier, et al.,
No. 2:05-cv-02046.


November 24, 2008

Deborah M. Heller
Legal Assistant
Keller Rohrback, P.L.C.
(602) 230-6340
(602) 248-2822
dheller@kellerrohrback.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging
to the law firm of Keller Rohrback P.L.C., which may be privileged,
confidential and/or protected from disclosure. The information is
intended only for the use of the individual or entity named above. If
you think that you have received this message in error, please e-mail
the sender. If you are not the intended recipient, any dissemination,
distribution or copying is strictly prohibited.