MORGAN, LEWIS & BOCKIUS LLP
THEODORE M. BECKER, admitted *pro hac vice*
77 West Wacker Drive
Chicago, IL  60601-5094
Tel: 312.324.1000
Fax: 312.324.1001

MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN, State Bar No. 168292
ELIZABETH A. FROHLICH, State Bar No. 195454
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
CLAIR R. COUTURIER, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>Defendants.<br><br>DARLEEN STANTON,<br><br>Plaintiff,<br><br>vs.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>Defendants. | Case No.  2:05-cv-02046 RRB KJM<br>(Lead Case—Consolidated)<br><br>**STIPULATION REGARDING CONFIDENTIALITY OF ACCOUNTING PRODUCED BY DEFENDANT CLAIR R. COUTURIER, JR.** |

Counsel of record for plaintiffs and counsel of record for Defendant Clair R. Couturier, Jr. ("Mr. Couturier"), on behalf of their respective clients, hereby stipulate and agree as follows:

**RECITALS**

A.     On October 24, 2008, the Court entered an Order granting Plaintiff's Motion for a Preliminary Injunction (Docket 450) providing, *inter alia*, that Mr. Couturier submit an accounting of certain assets;

B.     The accounting contains confidential information concerning Mr. Couturier's personal and financial affairs;

C.     There currently is no protective order governing disclosure of information such as the personal and confidential information maintained by Mr. Couturier, his accountants and advisors;

D.     Plaintiffs and Mr. Couturier desire to provide for the protection of the accounting and all information contained therein and documents related thereto pending the entry of a protective order to preserve and protect Mr. Couturier's privacy rights.

**STIPULATION AND AGREEMENT**

NOW THEREFORE IT IS HEREBY STIPULATED and agreed by and between plaintiffs and Mr. Couturier that:

1.     The accounting and all information contained therein and documents related thereto produced by Mr. Couturier shall be treated as Confidential Attorneys' Eyes Only information pending (a) the entry by the Court of a Stipulated Protective Order based on an agreement among all parties' counsel and counsel for Mr. Couturier; or (b) if an agreement cannot be reached, the Court's ruling on a motion for a protective order to be made by Mr. Couturier.

3.     In the event that the accounting, any information contained therein or any documents related thereto, are referred to in or attached to any court papers, they shall be filed under seal.

1      IT IS SO STIPULATED.

2

3   DATED:   December 19, 2008         MORGAN LEWIS & BOCKIUS LLP

4                                     By: /s/ *Theodore M. Becker*
                                          Theodore M. Becker
5                                         Attorneys for Defendant
                                          CLAIR R. COUTURIER, JR.
6

7

8   DATED:   December 19, 2008         KELLER ROHRBACK PLC

9

10                                    By:   */s/ Gary Greenwald*
                                          Gary Greenwald
11                                        Attorneys for Plaintiffs
                                          GREGORY JOHNSON, EDWARD RANGEL,
12                                        KELLY MORRELL and DARLEEN STANTON

13  DATED:   December 19, 2008         RIGHETTI LAW FIRM, PC

14

15                                    By:   */s/Matthew Righetti*
                                          Matthew Righetti
16                                        Attorneys for Plaintiff
                                          WILLIAM RODWELL
17

18  DATED:   December 19, 2008         DEVINE, MARKOVITS & SNYDER, LLP

19

20                                    By:   */s/ Terence J. Devine*
                                          Terence J. Devine
21                                        Attorneys for Plaintiff
                                          WILLIAM RODWELL
22

23  DATED:   December 19, 2008         SHAYNE NICHOLS, LLC

24

25                                    By:   */s/ Stanley H. Shayne*
                                          Stanley H. Shayne
26                                        Attorneys for Plaintiff
                                          WILLIAM RODWELL

27

28

1 | DATED: December 19, 2008     SHAPIRO BUCHMAN PROVINE & PATTON, LLP

2

3                                 By:   */s/ Stephen C. Seto*

4                                       Stephen C. Seto
Attorneys for Plaintiff
GREGORY JOHNSON