DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
mbaker@downeybrand.com
kseibert@downeybrand.com

Attorneys for Non-Party Bruce Couturier

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, WILLIAM RODWELL, EDWARD RANGEL,<br><br>Plaintiffs,<br><br>v.<br><br>CLAIR COUTURIER JR. et al.,<br><br>Defendants. | Case No.  2:05-cv-02046<br><br>**ERRATA TO DECLARATION OF KEVIN SEIBERT IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTIVE RELIEF[1]** |
| DARLEEN STANTON,<br><br>Plaintiff,<br><br>v.<br><br>CLAIR COUTURIER JR. et. al,<br><br>Defendants. | |

---

[1] On December 11, 2008, the court granted non-party Bruce Couturier permission to specially appear to file an Opposition to the Motion for Leave to Amend and Temporary Restraining Order/Preliminary Injunction (Doc. #483) and Motion for Stay (Doc. # 496).  Through this filing, Bruce Couturier does not intend to make a general appearance in this action, waive any affirmative defenses, or waive any jurisdictional or other defects.

1

DECLARATION OF K. SEIBERT

I, Kevin M. Seibert, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am a partner at Downey Brand LLP, attorneys of record for non-party Bruce Couturier. I have personal knowledge of the facts set forth herein, except those matters stated upon information and belief. If called to testify, I could and would testify competently to the contents hereof.

2. On December 23, 2008, non-party Bruce Couturier filed an Opposition to the Motion for Leave to File an Amended Complaint and the Motion for Preliminary Injunctive Relief ("Opposition"). I submitted a Declaration in Support of this Opposition.

3. On the following day, I realized that the Opposition and my Declaration contained a typographical error. The Opposition and my Declaration erroneously state that Bruce Couturier began employment with Noll Manufacturing Company in 1988. In fact, Bruce Couturier did not begin employment until 1998. He was employed by Noll Manufacturing Company for approximately nine years before the Company was sold.[2]

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on December 29, 2008, at Sonora, California.

                                                       /s/ Kevin M. Seibert
                                                      Kevin M. Seibert

---

[2] The typographical error appears at page 2:7 in my Declaration and at pages 2:9, 9:24, 16:8, 22:18, 24:7 in the Opposition.