IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of the United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CLAIR R. COURTIER, JR., et al.,<br><br>　　　　Defendant.<br>_____/<br><br>GREGORY JOHNSON, et al.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CLAIR R. COURURIER JR., et al.,<br><br>　　　　Defendant.<br>_____/ | No. 2:08-cv-2732-RRB-GGH<br><br>**RELATED CASE ORDER**<br><br>No. 2:05-cv-02046-RRB-KJM |

　　　Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and

1

would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated <u>Chao v. Couturier, et al.</u>, 2:08-cv-02732-RRB-GGH, is reassigned to Judge Ralph R. Beistline and Magistrate Judge Gregory G. Hollows for all further proceedings. Any dates currently set in the reassigned case are hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of the above-reference case to compensate for this reassignment.

IT IS SO ORDERED.

ENTERED this 9th day of January, 2009.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE