IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY JOHNSON, et al., | | |
| | Plaintiff, | No. CIV S-05-2046 RRB GGH |
| vs. | | |
| CLAIR R. COUTURIER, JR., et al., | | |
| | Defendants. | |
| _____/ | | |
| DARLEEN STANTON, | | |
| | Plaintiff, | No. CIV S-07-1208 WBS JFM |
| vs. | | |
| CLAIR R. COUTURIER, JR., et al., | | ORDER |
| | Defendants. | |
| _____/ | | |

        This court has recently come across documents submitted by defendant PENSCO, Inc. to the undersigned for *in camera* review on November 26, 2008. These documents were originally ordered to be submitted for *in camera* review by Judge Mueller on January 18, 2008. After a request for reconsideration of that order, Judge Beistline affirmed Judge Mueller's order on October 15, 2008. Unfortunately, the documents became misplaced in chambers until the

1

present time. Before the court begins work on reviewing the documents, the parties will be directed to inform the court whether they are in fact still at issue, in light of the significant time period elapsed.

Accordingly, IT IS ORDERED that the parties submit a joint statement within ten days of this order which states whether these documents submitted for *in camera* review are still at issue, requiring a decision by the undersigned.

Dated: May 11, 2009

/s/ Gregory G. Hollows

_____

U.S. Magistrate Judge

GGH:076
couturier2046.sts