IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL
Eastern District of California-Sacramento

2:05-CV-02046-RRB                              DATE: JULY 16, 2009          Year
Case No   Initials

Title: GREGORY JOHNSON et al.      vs.      CLAIR R. COUTURIER, JR. et al.
            Plaintiff                                    Defendant

====================================================================

HON: RALPH R. BEISTLINE                Judge #_____

    Caroline Edmiston                      Caroline Edmiston
       Deputy Clerk                            Court ECR

**Attorneys for Plaintiff**                  **Attorneys for Defendant**

Stanley H. Shayne, Telephonic            Julie A. Govreau, Telephonic
Terence J. Devine, Telephonic            Robert E. Eddy, Telephonic
Gary D. Greenwald, Telephonic            M. Taylor Florence, Telephonic
                                         Cynthia J. Larsen, Telephonic
                                         Christopher Rillo, Telephonic
                                         Robert B. Mullen, Telephonic

====================================================================
PROCEEDINGS:      X   Open Court          _____Chambers      _____ Other

At 2:07 p.m.(AST) court convened.

Court and counsel heard re trial by court, parties estimate 2-3 weeks for trial.

Court and counsel heard re Mr. Rillo's oral motion that the other two cases, 2:08-CV-02732-RRB and 2:09-CV-00519-RRB, be consolodated with this case and have the trial by court in all three cases.

Court and counsel heard re discovery issues, settlement opportunities, pending motions, summary judgment, depositions, expert discovery, expert testimony, Department of Labor case.

Status Hearing set **July 30, 2009 at 9:00 a.m. (AST)** for all three cases; 2:05-CV-02046-RRB, 2:08-CV-02732-RRB and 2:09-CV-00519-RRB.

Parties may file status hearing statement or Rule 26 Report on or before **July 27, 2009** for the court to review parties positions before the July 30, 2009 hearing.

At 2:41 p.m. (AST) court adjourned.


/____/ Notice to Counsel

                                                    CivGen #10-1/94