IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY JOHNSON, et al.,

      Plaintiffs,            No. CIV S-05-2046 RRB GGH

  vs.

CLAIR COUTURIER, JR., et al.,

      Defendants.           ORDER

_____/

        Defendants' motion to compel plaintiffs' discovery responses and deposition testimony (# 572) presently is calendared for hearing on July 30, 2009.  This motion appears to be a duplicate of another motion filed by defendants on June 19, 2009 (#568), which was continued to August 6, 2009 pursuant to an amended notice (#576).  The instant motion was not continued, however.

\\\\\

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that because defendants' motion to compel, filed
2  June 26, 2009, (#572), is a duplicate of defendants' motion already set to be heard on August 6,
3  2009, it is vacated from the calendar for July 30, 2009.
4  DATED: July 22, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Johnson2046.vac.wpd