1  Juli E. Farris (SBN 141716)
   KELLER ROHRBACK, L.L.P.
2  1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
3  Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
4  jfarris@kellerrohrback.com
5
   Matthew Righetti (SBN 121012)
6  RIGHETTI LAW FIRM, P.C.
   456 Montgomery Street, Suite 1400
7  San Francisco, CA 94104
   Telephone:  (415) 983-0900
8  Facsimile: (415) 397-9005
9
   Attorneys for Plaintiffs
10 *Additional Counsel on Signature Page*

11                      **UNITED STATES DISTRICT COURT**
                         **EASTERN DISTRICT OF CALIFORNIA**
12                              **SACRAMENTO DIVISION**

13

| | |
|---|---|
| GREGORY JOHNSON, et al., | No. 2:05-cv-02046 RRB GGH (Lead Case-Consolidated) |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF FULL ACCOUNTING INFORMATION** |
| CLAIR R. COUTURIER, JR., et al., | |
| Defendants, | |
| | |
| DARLEEN STANTON, | No. 2:07-CV-01208 WBS-JFM |
| Plaintiff, | (Consolidated under 2:05-CV-02046 RRB KJM) |
| v. | |
| CLAIR R. COUTURIER, JR., et al. | |
| Defendants. | |

                                    1                            Notice of Motion

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Gregory Johnson, William Rodwell, Edward Rangel, Kelly Morrell, and Darlene Stanton, move this court for an Order:

A.   Ordering Defendant Couturier to comply with the respective orders of this Court, within 10 days, by providing all of the information itemized in the Show Cause Order dated October 16, 2008 (Dkt. 408) and the Order Requiring Production of Account Statements dated September 23, 2009 (Dkt. 636) from each custodial account, in which any of the Constructive Trust Assets is on deposit and/or invested, and sufficiently responding to each of the questions raised by Plaintiffs' counsel in the e-mail from Gary D. Greenwald to Theodore Becker dated January 26, 2009, and by certifying to the accuracy of the accounting information previously and now to be provided;

B.   Awarding Plaintiffs their reasonable attorneys' fees and expenses associated with Defendant Couturier's failure to comply with the prior orders.

A Declaration of Terence J. Devine, Esq., in support of this Motion, is the subject of a Motion to File Under Seal filed herewith.  A copy of the Declaration has been provided to Defendant Clair R. Couturier, Jr..

DATED: October 21, 2009.

| | |
|---|---|
| KELLER ROHRBACK, P.L.C. | DEVINE, MARKOVITS & SNYDER, LLP |
| By:   /s/ Gary D. Greenwald | Terence J. Devine |
| Ron Kilgard | 52 Corporate Circle |
| Gary A. Gotto | Albany, New York 12203 |
| Gary D. Greenwald | |
| 3101 North Central Avenue, Suite 1400 | |
| Phoenix, Arizona 85012 | |

| | | |
|---|---|---|
| 1 | | |
| 2 | KELLER ROHRBACK, L.L.P. | SHAYNE NICHOLS, LLC |
| | Juli E. Farris | Stanley H. Shayne |
| 3 | 1201 Third Avenue, Suite 3200 | Two Miranova Place, Suite 220 |
| | Seattle, Washington 98101 | Columbus, Ohio 43215 |
| 4 | | |
| 5 | | RIGHETTI LAW FIRM, P.C. |
| | | Matthew Righetti |
| 6 | | 456 Montgomery Street, Suite 1400 |
| | | San Francisco, California 94104 |
| 7 | | |
| 8 | Attorneys for Plaintiffs Johnson, Rangel, Morrell, and Stanton | Attorneys for Plaintiff Rodwell |