Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Matthew Righetti (SBN 121012)
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| GREGORY JOHNSON, et al., <br><br> Plaintiffs, <br> v. <br><br> CLAIR R. COUTURIER, JR., et al., <br><br> Defendants, | No. 2:05-cv-02046 RRB GGH <br> (Lead Case-Consolidated) <br><br> **STIPULATION** <br> **AND ORDER** |
| DARLEEN STANTON, <br><br> Plaintiff, <br> v. <br><br> CLAIR R. COUTURIER, JR., et al. <br><br> Defendants. | No. 2:07-CV-01208 WBS-JFM <br><br> (Consolidated under <br> 2:05-CV-02046 RRB GGH) |

1

Plaintiffs Gregory Johnson, Edward Rangel, William Rodwell, Kelly Morrell, and Darleen M. Stanton (collectively "Plaintiffs") and Defendants Clair R. Couturier, Jr. ("Couturier") and David Johanson ("Johanson"), by and through their undersigned counsel, stipulate as follows.

1. Plaintiffs have filed a Motion to Compel Discovery from Defendants Couturier and Johanson on October 22, 2009 (Dkt. 701). Said Motion has been scheduled for oral argument on November 12, 2009, and the parties Joint Statement is due November 5, 2009 (Dkt. 706).

2. A settlement conference before Magistrate Mueller has been scheduled in this case for November 3 and 4, and the parties are taking the deposition of a fact witness in Chicago on Friday, October 30. In addition, the completion of the deposition of Defendant Johanson has been scheduled for November 4, at the courthouse.

3. Plaintiffs and Defendant Johanson have held a meet and confer and have resolved the discovery dispute with Johanson. Counsel for Plaintiffs and Defendant Couturier have also met and conferred and have had constructive discussion concerning the remaining discovery dispute with Couturier. At this point, the dispute remains unresolved.

4. Fact discovery is due for completion in this case by November 22, 2009.

IT IS THEREBY AGREED:

1. The parties are in agreement that Plaintiffs' Motion and the Joint Statement should be decided by the Magistrate Judge upon the written submission on or after November 12, 2009, and the parties hereby agree to waive any right to an oral hearing upon the Motion.

2. In light of the current schedule in this case as outlined above, the parties request a one week extension from November 5 to November 12, 2009, for submission of the Joint Statement.

DATED: October 29, 2009.

**ORDER**

Upon stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the current hearing date on Plaintiffs' Motion to Compel Discovery is vacated.

IT IS FURTHER ORDERED that the parties Joint Statement will be due on or before November 12, 2009.

DATED: November 12, 2009

/s/ Gregory G. Hollows
_____
Honorable Gregory G. Hollows
U.S. Magistrate Judge

Johnson2046.eot