# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al., <br><br> Plaintiffs, <br> v. <br><br> CLAIR R. COUTURIER, JR., et al., <br><br> Defendants, <br><br> DARLEEN STANTON, <br><br> Plaintiff, <br> v. <br><br> CLAIR R. COUTURIER, JR., et al. <br><br> Defendants. | No. 2:05-cv-02046 RRB GGH <br> (Lead Case-Consolidated) <br><br> **ORDER GRANTING STIPULATION FOR EXTENDING THE DEADLINE FOR EXECUTION OF A DEFINITIVE SETTLEMENT AGREEMENT** <br><br><br> No. 2:07-CV-01208 WBS-JFM <br><br> (Consolidated under <br> 2:05-CV-02046 RRB GGH) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Stipulation for Extending the Deadline for Execution of a Definitive Settlement Agreement filed December 8, 2009 is hereby GRANTED. The settlement agreements and proposed consent decrees shall be executed by all parties and filed with the court by December 15, 2009.

Dated: December 9, 2009.

_____
U.S. MAGISTRATE JUDGE

1