MORGAN, LEWIS & BOCKIUS LLP
THEODORE M. BECKER, admitted *pro hac vice*
JULIE A. GOVREAU, admitted *pro hac vice*
77 West Wacker Drive
Chicago, IL  60601-5094
Tel:  312.324.1000
Fax:  312.324.1001

Attorneys for Defendant
CLAIR R. COUTURIER, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br>         Plaintiffs,<br><br>vs.<br><br>CLAIR R. COUTURIER, JR., et al.,<br>         Defendants. | Case No.  2:05-cv-02046 RRB KJM<br>(Lead Case—Consolidated)<br><br>**ORDER GRANTING STIPULATION FOR EXTENDING THE DEADLINE FOR EXECUTION OF A DEFINITIVE SETTLEMENT AGREEMENT**<br><br>Honorable Judge Kimberly J. Mueller |
| DARLEEN STANTON,<br>         Plaintiff,<br><br>vs.<br><br>CLAIR R. COUTURIER, JR., et al.,<br>         Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Stipulation for Extending the Deadline for Execution of a Definitive Settlement Agreement filed December 15, 2009 is hereby GRANTED.  The settlement agreements and proposed consent decrees shall be executed by all parties and filed with the court by December 18, 2009.  **No further extensions will be granted except upon a showing of extraordinary cause.**

Dated:  December 16, 2009.

_____
U.S. MAGISTRATE JUDGE

DB1/63417252.1

CASE NO. 2:05-CV-02046-RRB-KJM