| | |
|---|---|
| 1 | CYNTHIA J. LARSEN (SBN 123994) |
| | STACY E. DON (SBN 226737) |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 3 | Sacramento, CA  95814-4497 |
| | Telephone:      (916) 447-9200 |
| 4 | Facsimile:       (916) 329-4900 |
| | Email: clarsen@orrick.com |

Attorneys for Nominal Defendants
Noll Manufacturing Company, N&NW Manufacturing Holding Company, Inc., The Employee Ownership Holding Company, Inc. and The Employee Ownership Holding Company, Inc. Employee Stock Ownership Plan ant Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al., | Case No.  2:05-cv-02046 RRB GGH |
| Plaintiffs, | (Lead Case-Consolidated) |
| v. | **PROOF OF SERVICE ON ROBERT E. EDDY** |
| CLAIR R. COUTURIER, JR., et al., | |
| Defendants. | |
| DARLEEN STANTON, | Case No.  2:07-cv-01208-WBS-JFM |
| Plaintiff, | (Consolidated under 2:05-cv-0246 RRB GGH) |
| v. | |
| CLAIR R. COUTURIER, JR., et al., | |
| Defendants. | |
| HILDA L. SOLIS, Secretary of the United States Department of Labor, | Case No.  2:08-cv-02732-RRB-GGH |
| Plaintiff, | |
| v. | |
| CLAIR R. COUTURIER, JR., et al., | |
| Defendants. | |

1  I am more than eighteen years old and not a party to this action.  My business
2  address is Orrick, Herrington & Sutcliffe LLP, 400 Capital Mall, Suite 3000, Sacramento,
3  California 95814-4497.
4  On December 17, 2009, I served the foregoing document: **STIPULATION AND**
5  **[PROPOSED] ORDER CONSOLIDATING CASES FOR SETTLEMENT** by placing a true
6  and correct copy thereof in sealed envelope addressed as follows:

> Robert Eddy
> 12168 Stallion Drive
> Truckee, CA  96161

9  I deposited such envelope with postage thereon fully prepaid in the United States mail at a
10  facility regularly maintained by the United States Postal Service at Sacramento, California on the
11  date indicated above.
12  I declare under penalty of perjury that the foregoing is true and correct.
13  Executed on December 17, 2009, at Sacramento, California.

  /s/ Wanda Peters
  Wanda Peters