1  M. Taylor Florence, SBN 159695
   Kevin Hughey, SBN 197323
2  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
3  Sacramento, California  95814
   Telephone: 916.930.2500
4  Facsimile: 916.930.2501
   E-Mail: taylor.florence@bullivant.com
5  E-Mail: kevin.hughey@bullivant.com

6  Attorneys for Defendant THE EMPLOYEE
   OWNERSHIP HOLDING COMPANY, INC.
7  EMPLOYEE STOCK OWNERSHIP PLAN
   AND TRUST
8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                         SACRAMENTO DIVISION

12

| | |
|---|---|
| GREGORY JOHNSON, ET AL., | Case No.: 2:05-CV-02046 RRB GGH (Lead Case-Consolidated) |
| Plaintiffs, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL AND CHANGE OF ADDRESS, TELEPHONE NUMBER, FACSIMILE NUMBER, E-MAIL ADDRESS AND LAW FIRM** |
| CLAIR R. COUTURIER, JR., ET AL., | |
| Defendants. | |
| DARLEEN STANTON, | Case No. 2:07-CV-01208 WGB JFM (Consolidated under Case No.: 2:05-CV-02046 RRB GGH) |
| Plaintiff, | |
| v. | |
| CLAIR R. COUTURIER, JR., ET AL., | |
| Defendants. | |

23       TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24       PLEASE TAKE NOTICE that Robert B. Miller, admitted *pro hac vice* in this matter on

25  November 8, 2007, hereby enters his appearance as counsel of record and is associated in this

26  matter as co-counsel for Defendant The Employee Ownership Holding Company, Inc.

27  Employee Stock Ownership Plan and Trust.  M. Taylor Florence, Kevin Hughey and Bullivant

28  Houser Bailey, PC shall remain as local counsel for Defendant The Employee Ownership

– 1 –
NOTICE OF ASSOCIATION OF COUNSEL AND CHANGE OF ADDRESS, TELEPHONE NUMBER,
FACSIMILE NUMBER, E-MAIL ADDRESS AND LAW FIRM

1 | Holding Company, Inc. Employee Stock Ownership Plan and Trust. Copies of all pleadings,
2 | papers, and notices should be served on co-counsel as follows:

> Robert B. Miller
> Kilmer Voorhees & Laurick, PC
> 732 NW 19th Avenue
> Portland, Oregon 97209
> Telephone (503) 224-0055
> Facsimile (503) 222-5290
> Email bobmiller@kilmerlaw.com

Bullivant Houser Bailey PC concurs in the filing of this Notice of Association of Counsel and Change of Address, Telephone Number, Facsimile Number, E-Mail Address and Law Firm.

DATED: January 7, 2010.

BULLIVANT HOUSER BAILEY PC

By   */s/ M. Taylor Florence*
  M. Taylor Florence
  Kevin Hughey

Attorneys for Defendant The Employee Ownership Holding Company, Inc. Employee Stock Ownership Plan and Trust

Robert B. Miller hereby accepts the above association.

DATED: January 7, 2010.

KILMER VOORHEES & LAURICK, PC

By   */s/ Robert B. Miller*
  Robert B. Miller

Attorneys for Defendant The Employee Ownership Holding Company, Inc. Employee Stock Ownership Plan and Trust

12246739.1
27019/1

– 2 –

# CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 1415 L Street, Suite 1000, Sacramento, California 95814. I am over the age of 18 years and not a party to the within cause.

On January 7, 2010, following ordinary business practice, I served the foregoing document(s) described as:

**NOTICE OF ASSOCIATION OF COUNSEL AND CHANGE OF ADDRESS, TELEPHONE NUMBER, FACSIMILE NUMBER, E-MAIL ADDRESS AND LAW FIRM**

in the manner indicated below, addressed as follows:

| **ATTORNEYS FOR PLAINTIFFS**<br>Gary D. Greenwald<br>Gary A. Gotto<br>Ron Kilgard<br>Keller Rohrback LLP<br>3101 North Central Ave., Suite 1400<br>Phoenix, AZ  85012<br>ggreenwald@krplc.com<br>ggotto@krplc.com<br>rkilgard@krplc.com | **ATTORNEYS FOR PLAINTIFFS**<br>Matthew Righetti<br>Righetti Law Firm<br>456 Montgomery Street, Suite 1400<br>San Francisco, CA  94104<br>matt@righettilaw.com |
|---|---|
| **ATTORNEYS FOR PLAINTIFFS**<br>Stanley H. Shayne<br>Shayne Nichols LLC<br>Two Miranova Place, Suite 220<br>Columbus, OH  43215<br>sshayne@cmhlegal.com | **ATTORNEYS FOR PLAINTIFFS**<br>Terrence J. Devine<br>DeVine, Markovitz & Snyder, LLP<br>52 Corporate Circle<br>Albany, NY  12203<br>tdevine@dmslawyers.com |
| **ATTORNEYS FOR PLAINTIFFS**<br>Julie E. Farris<br>Keller Rohrback LLP<br>1201 Third Ave., Suite 3200<br>Seattle, WA  98101<br>jfarris@krplc.com | **ATTORNEYS FOR PLAINTIFFS**<br>Stephen C. Seto<br>Shapiro Buchman Provine & Patton<br>1333 N. California Blvd., Suite 350<br>Walnut Creek, CA 94596<br>sseto@sbllp.com |

/ / /

/ / /

/ / /

/ / /

| **ATTORNEYS FOR DEFENDANT COUTURIER** | **ATTORNEYS FOR DEFENDANT COUTURIER** |
|---|---|
| Theodore M. Becker<br>Julie A. Govreau<br>Elizabeth Frohlich<br>Michael F. Derksen<br>Richard J. Pearl<br>Morgan Lewis & Bockius LLP<br>77 West Wacker Dr.<br>Chicago, IL  60601<br>efrohlich@morganlewis.com<br>jgovreau@morganlewis.com<br>tbecker@morganlewis.com<br>mderksen@morganlewis.com<br>rpearl@morganlewis.com | Joseph Floren<br>Morgan Lewis & Bockius LLP<br>Spear Street Tower<br>One Market Street, Suite 28<br>San Francisco, CA  94105<br>jfloren@morganlewis.com |
| **ATTORNEYS FOR DEFENDANT EMPLOYEE OWNERSHIP HOLDING COMPANY, INC.**<br>Cynthia J. Larsen<br>Stacy Erin Don<br>Orrick Herrington & Sutcliffe, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA  95814<br>clarsen@orrick.com<br>sdon@orrick.com | **ATTORNEYS FOR DEFENDANT JOHANSON**<br>Christopher J. Rillo<br>Kathleen A. Stimeling<br>Schiff Hardin LLP<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, CA 95105<br>crillo@schiffhardin.com<br>kstimeling@schiffhardin.com |
| **ATTORNEYS FOR DEFENDANT JOHANSON BERENSON**<br>Natalie P. Vance<br>Jason W. Schaff<br>Klinedinst PC<br>801 K Street, Suite 2800<br>Sacramento, CA  95814<br>nvance@klinedinstlaw.com | **ATTORNEYS FOR DEFENDANT PENSCO, INC.**<br>Mary Jo Shartsis<br>Shartsis Friese LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA  94111<br>mjshartsis@sflaw.com |
| **ATTORNEYS FOR SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR**<br>Danielle L. Jaberg<br>U.S. Dept. of Labor<br>Office of the Solicitor<br>90 7th St., Suite 3-700<br>San Francisco, CA 94103<br>jaberg.danielle@dol.gov | **ATTORNEYS FOR SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR**<br>Michael Schloss<br>U.S. Dept. of Labor<br>Office of the Solicitor<br>200 Constitution Avenue NW<br>Room N-4611<br>P.O. Box 1914<br>Washington, DC 20013<br>schloss.michael@dol.gov |

| **ATTORNEYS FOR NON-PARTY ROORDA PIQUET & BESSEE, INC.** | **ATTORNEYS FOR NON-PARTY BRUCE COUTURIER** |
|---|---|
| R. James Schnieders<br>Garrett and Tully<br>4165 East Thousand Oaks Blvd., Suite 201<br>Westlake Village, CA 91362<br>jschnieders@garrett-tully.com | Meghan M. Baker<br>Downey Brand<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>mbaker@downeybrand.com |

  XXX        **BY EMAIL – ESERVICE**  I caused to be served upon each party via (1) their above email address; (2) through Lexis-Nexis Serve and File, or (3) through the court's electronic court filing system.

   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

   Executed on January 7, 2010 at Sacramento, California.


                                             */s/ Suzanne M. Matsler*
                                             Suzanne M. Matsler

# CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in Multnomah County, where this mailing occurs. My business address is 888 SW Fifth Avenue, Suite 300, Portland, Oregon 97204. I am over the age of 18 years and not a party to the within cause.

On January 7, 2010, following ordinary business practice, I served the foregoing document(s) described as:

**NOTICE OF ASSOCIATION OF COUNSEL AND CHANGE OF ADDRESS, TELEPHONE NUMBER, FACSIMILE NUMBER, E-MAIL ADDRESS AND LAW FIRM**

in the following manner, by placing a true copy/true copies thereof in a sealed envelope/sealed envelopes, addressed as follows:

**DEFENDANT PRO PER**
Robert Eddy
12168 Stallion Drive
Truckee, CA  96161

  XXX      (**BY MAIL**) I caused such envelope(s) **NOTED ABOVE** with First Class postage thereon fully prepaid to be placed in the U.S. Mail in Portland, Oregon. I am readily familiar with my employer's normal business practice for collection and processing of correspondence and other material for mailing with the United States Postal Service, and that practice is that said material is deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 7, 2010 at Portland, Oregon.


                              */s/ Leanne T. L'Hommedieu*
                              Leanne T. L'Hommedieu

– 4 –