DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
ANTHONY L. VIGNOLO (Bar No. 203933)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
kseibert@downeybrand.com
avignolo@downeybrand.com
aamaral@downeybrand.com

Attorneys for Applicant Intervenor
BRUCE COUTURIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>Defendant. | Case No.  2:05-cv-02046 RRB GGH<br>(Lead Case-Consolidated)<br><br>**NOTICE OF INTENTION TO FILE MOTION TO INTERVENE AND OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND FOR A FAIRNESS HEARING** |
| DARLEEN STANTON,<br><br>Plaintiff,<br><br>v.<br><br>CLAIR R. COUTURIER, JR., et al. ,<br><br>Defendant. | Case No.  2:07-cv-01208-WBS-JFM<br><br>(Consolidated under 2:05-cv-02046 RRB GGH)<br><br>Case No.  2:08-cv-02732-RRB-GGH |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that on or before January 21, 2010, BRUCE COUTURIER

("COUTURIER") will file a motion to intervene ("Motion") in the above-captioned consolidated

1

1   case(s) pursuant to Rule 24 of the Federal Rules of Civil Procedure, and will simultaneously file

2   an opposition ("Opposition") to Plaintiffs' Motion for Preliminary Approval of Settlement and

3   For a Fairness Hearing ("Motion for Preliminary Approval").  (*See* Docket Entry No. 728.)

4   COUTURIER's Motion will be made on the grounds that he has an interest in property which the

5   proposed settlement agreement disposes of without his consent, and that the Court's approval of

6   that settlement agreement will impair or impede COUTURIER's ability to protect his interest in

7   that property.  Accordingly, COUTURIER respectfully requests that the Court refrain from ruling

8   on Plaintiffs' Motion for Preliminary Approval until after COUTURIER files his Motion and

9   Opposition.

10   DATED:  January 12, 2010                    DOWNEY BRAND LLP

11

12                                    By:_____/s/ Annie S. Amaral_____
                                                ANNIE S. AMARAL
13                                          Attorney for Applicant Intervenor
                                                Bruce Couturier
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF INTENTION TO FILE MOTION TO INTERVENE