DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
ANTHONY L. VIGNOLO (Bar No. 203933)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
kseibert@downeybrand.com
avignolo@downeybrand.com
aamaral@downeybrand.com

Attorneys for Applicant Intervenor
BRUCE COUTURIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>            Plaintiff,<br><br>    v.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>            Defendant. | Case No.  2:05-cv-02046 RRB GGH<br>(Lead Case-Consolidated)<br><br>**PROOF OF SERVICE** |
| DARLEEN STANTON,<br><br>            Plaintiff,<br><br>    v.<br><br>CLAIR R. COUTURIER, JR., et al. ,<br><br>            Defendant. | Case No.  2:07-cv-01208-WBS-JFM<br><br>(Consolidated under 2:05-cv-02046 RRB GGH)<br><br>Case No.  2:08-cv-02732-RRB-GGH |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Downey Brand LLP, 621 Capitol Mall, 18th Floor, Sacramento, California, 95814-4731.  On January 13, 2010, I served the within document(s):

**NOTICE OF INTENTION TO FILE MOTION TO INTERVENE AND OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND FOR A FAIRNESS HEARING**

991617.3

1

1  ☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

2

3  ☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

4  ☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

5

6  ☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

7

8  ☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

9

Robert E. Eddy
12168 Stallion Way
Truckee, CA 96161

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 13, 2010, at Sacramento, California.

                              /s/ Patricia L. Pineda
                              PATRICIA L. PINEDA

991617.3

2

PROOF OF SERVICE