DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
ANTHONY L. VIGNOLO (Bar No. 203933)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100
kseibert@downeybrand.com
avignolo@downeybrand.com
aamaral@downeybrand.com

Attorneys for Applicant Intervenor
BRUCE COUTURIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>    Defendant. | Case No. 2:05-cv-02046 RRB GGH<br>(Lead Case-Consolidated)<br><br>**APPLICANT-INTERVENOR BRUCE COUTURIER'S MOTION TO INTERVENE** |
| DARLEEN STANTON,<br><br>    Plaintiff,<br><br>v.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>    Defendant. | Case No. 2:07-cv-01208-WBS-JFM<br><br>(Consolidated under 2:05-cv-02046 RRB GGH)<br><br>Case No. 2:08-cv-02732-RRB-GGH |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to Rule 24 of the Federal Rules of Civil Procedure, BRUCE COUTURIER ("COUTURIER") moves this Court for an Order:

　　A.　　Granting COUTURIER leave to intervene for the limited purpose of objecting to

the settlement agreement reached among the parties in the above-captioned consolidated actions; and

      B.    Granting COUTURIER leave to file a written opposition to Plaintiffs' Motion For Preliminary Approval of Settlement and For a Fairness Hearing, which was filed on January 5, 2010.

COUTURIER's Motion is based upon the Memorandum of Points and Authorities, Declaration of Kevin Seibert, and Proposed Order, all of which are filed herewith.

DATED:  January 21, 2010               DOWNEY BRAND LLP


                                         By:          /s/ Kevin Seibert
                                               KEVIN SEIBERT
                                       Attorney for Applicant Intervenor
                                                 Bruce Couturier