Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384
jfarris@kellerrohrback.com

Attorneys for Moving Plaintiffs
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| GREGORY JOHNSON, et al., <br><br> Plaintiffs, <br> v. <br><br> CLAIR R. COUTURIER, JR., et al., <br><br> Defendants, | No. 2:05-cv-02046 RRB GGH <br> (Lead Case-Consolidated) <br><br> **PLAINTIFFS' OPPOSITION TO APPLICANT-INTERVENOR BRUCE COUTURIER'S APPLICATION FOR LEAVE TO FILE CONSOLIDATED REPLY BRIEF** |
| DARLEEN STANTON, <br><br> Plaintiff, <br> v. <br><br> CLAIR R. COUTURIER, JR., et al. <br><br> Defendants. | No. 2:07-CV-01208 WBS-JFM <br><br> (Consolidated under <br> 2:05-CV-02046 RRB GGH) |

For the reasons set forth in the correspondence to the Court by Plaintiffs' counsel dated January 28, 2010 (Dkt. 743), Plaintiffs strongly object to any extensions which may

1

delay the ruling of this Court on Plaintiffs' Motion for Preliminary Approval of Settlement and the scheduling of a Fairness Hearing.

DATED: February 4, 2010.

| | |
|---|---|
| KELLER ROHRBACK, P.L.C.<br>By: ___/s/ Gary D. Greenwald___<br>Ron Kilgard<br>Gary A. Sarko<br>Gary D. Greenwald<br>3101 North Central Avenue, Suite 1400<br>Phoenix, Arizona 85012 | DEVINE, MARKOVITS & SNYDER, LLP<br>Terence J. Devine<br>52 Corporate Circle<br>Albany, New York 12203 |

KELLER ROHRBACK, L.L.P.
Juli E. Farris
1201 Third Avenue, Suite 3200
Seattle, Washington 98101

| | |
|---|---|
| Attorneys for Plaintiffs Johnson, Rangel, Morrell, and Stanton | Attorneys for Plaintiff Rodwell |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **February 4, 2010, Plaintiffs' Opposition to Applicant-Intervenor Bruce P. Couturier's Application for Leave to File Consolidated Reply** was filed electronically.  Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system.  Parties may access this filing through the Court's system.  <u>In addition, a copy of this filing will be e-mailed to Defendant Mr. Robert Eddy at the e-mail address noted below</u>.

       Robert Eddy
       roberteddy@sbcglobal.net
       Defendant

       Theodore M. Becker
       Julie A. Govreau
       Michael F. Derksen
       Richard J. Pearl
       Morgan, Lewis & Bockius LLP.
       77 West Wacker Drive
       Chicago, Illinois 60601
       Attorneys for Defendant Couturier

       Elizabeth A. Frohlich
       Joseph E. Floren
       Morgan Lewis and Bockius LLP
       Spear Street Tower
       One Market Street, Suite 28
       San Francisco, California 94105
       Attorneys for Defendant Couturier

       M. Taylor Florence
       Kevin A. Hughey
       Bullivant Houser Bailey PC
       1415 L Street, Suite 1000
       Sacramento, California 95814
       Attorneys for Defendant Noll Manufacturing Company
            Employee Stock Ownership Plan and Trust

1   Robert B. Miller
    Kilmer Voorhees & Laurick PC
2   732 NW 19th Avenue
    Portland, Oregon 97209
3   Attorneys for Defendant Noll Manufacturing Company
            Employee Stock Ownership Plan and Trust
4

5   Cynthia J. Larsen
    Stacy Erin Don
6   Orrick Herrington & Sutcliffe LLP
    400 Capitol Mall, Suite 3000
7   Sacramento, California 95814
    Attorneys for Defendants
8           The Nominal Corporate Defendants

9
    Christopher J. Rillo
10  Kathleen A. Stimeling
    Schiff Hardin LLP
11  One Market, Spear Street Tower, 32nd Floor
    San Francisco, California 94105
12  Attorneys for Defendant Johanson

13
    Mary Jo Shartsis
14  Kajsa M. Minor
    Shartsis Friese LLP
15  One Maritime Plaza, 18th Floor
    San Francisco, California 94111
16  Attorneys for Defendant Pensco, Inc.

17  Elizabeth Hopkins
    Michael Schloss
18  Robyn M. Swanson
    U.S. Department of Labor
19  Office of the Solicitor
    Plan Benefits Security Division
20  P.O. Box 1914
    Washington, D.C. 20013
21  Attorneys for Secretary of the
    United States Department of Labor as Amicus Curiae
22

23

24

25

26

4

1  Danielle L. Jaberg
   Counsel for ERISA
2  United States Department of Labor
   Office of the Solicitor
3  90 7th Street, Suite 3-700
   San Francisco, California 94103-1516
4  Attorneys for Secretary of the
   United States Department of Labor as Amicus Curiae
5

6  Ron Kilgard
   Gary A. Gotto
7  Gary D. Greenwald
   Keller Rohrback PLC
8  3101 North Central Avenue, Suite 1400
   Phoenix, Arizona 85012
9  Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton

10
   Juli E. Farris
11 Keller Rohrback LLP
   1201 Third Avenue, Suite 3200
12 Seattle, Washington 98101
   Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton
13
   Stanley H. Shayne
14 Shayne Nichols LLC
   Two Miranova Place, Suite 220
15 Columbus, Ohio 43215
   Attorneys for Plaintiff Rodwell
16

17 Terence J. Devine
   Devine, Markovits & Snyder, LLP
18 52 Corporate Circle
   Albany, New York 12203
19 Attorneys for Plaintiff Rodwell

20
   Matthew Righetti
21 Righetti Law Firm PC
   456 Montgomery Street, Suite 1400
22 San Francisco, California 94104
   Attorneys for Plaintiff Rodwell
23

24
                By:   */s/ Gary D. Greenwald*
25

26