DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
ANTHONY L. VIGNOLO (Bar No. 203933)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
kseibert@downeybrand.com
avignolo@downeybrand.com
aamaral@downeybrand.com

Attorneys for Applicant Intervenor
BRUCE COUTURIER

**FILED**

FEB - 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al., <br><br> Plaintiff, <br><br> v. <br><br> CLAIR R. COUTURIER, JR., et al., <br><br> Defendant. | Case No. 2:05-cv-02046 RRB GGH <br> (Lead Case-Consolidated) <br><br> **APPLICANT-INTERVENOR BRUCE COUTURIER'S APPLICATION FOR LEAVE TO FILE CONSOLIDATED REPLY BRIEF;** <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES;** <br><br> **DECLARATION OF KEVIN M. SEIBERT;** <br><br> **[PROPOSED] ORDER GRANTING APPLICATION** |
| DARLEEN STANTON, <br><br> Plaintiff, <br><br> v. <br><br> CLAIR R. COUTURIER, JR., et al., <br><br> Defendant. | Case No. 2:07-cv-01208-WBS-JFM <br><br> (Consolidated under 2:05-cv-02046 RRB GGH) <br><br> Case No. 2:08-cv-02732-RRB-GGH |

1055855.1

1

BRUCE COUTURIER'S APPLICATION FOR LEAVE TO FILE CONSOLIDATED REPLY

Applicant-Intervenor Bruce Couturier ("Couturier") hereby applies for an order granting him leave to file a single joint reply brief to the multiple opposition briefs that will be filed to Couturier's Motion to Intervene. Couturier's Application is based upon the Memorandum of Points and Authorities, Declaration of Kevin M. Seibert, and Proposed Order, all of which are filed herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

On January 21, 2010, Couturier filed a Motion to Intervene ("Motion") for the limited purpose of objecting to the Settlement Agreement reached by the Parties in this consolidated action. (*See* Docket Entry No. 738.) Pursuant to this Court's Minute Order dated June 9, 2006, any opposition is due within fifteen (15) days, and any reply thereto is due within five days. (*See* Docket Entry No. 47.) However, on February 1, 2010, well before the 15-day deadline, Plaintiffs filed an Opposition to the Motion, thereby starting the clock for Couturier's 5-day reply deadline. (*See* Docket Entry No. 745.) On February 2, 2010, counsel for Couturier received a telephone call from the Department of Labor's ("DOL") counsel, during which the DOL's attorney represented that they would also be filing an opposition to the Motion. (*Declaration of Kevin M. Seibert in Support of Application* ("Seibert Decl.") at ¶ 2.) Because multiple opposition briefs are going to be filed, and because Couturier's first reply is due on the same day as the deadline for the other parties to file their oppositions, Couturier seeks leave of Court to file one joint reply after the final opposition is filed.

Good cause exists for Couturier's application. Couturier's deadline to file a reply to Plaintiffs' Opposition is Friday, February 5, 2010, which is the same deadline for the other parties to file their anticipated oppositions. Thus, Couturier could be filing his first reply brief at the same time the DOL and other parties are filing oppositions. Judicial economy will be served by the Court granting Couturier leave to file one consolidated reply within five days from the date on which the last opposition is filed. Moreover, this is a "routine order" for the Court to handle, one that does not require extensive briefing or a hearing. *See generally In re Intermagnetics America, Inc.*, *101* B.R. 191, 193 (C.D. Cal., 1989). Accordingly, Couturier respectfully requests that the Court grant him leave to file a consolidated reply to all oppositions that the Parties may file in

1055855.1

2

response to his Motion, and that Couturier's deadline for filing the consolidated reply shall be triggered by the final opposition brief that is filed.

DATED: February 3, 2010          DOWNEY BRAND LLP


By: _____/s/ Kevin M. Seibert_____
KEVIN M. SEIBERT
Attorney for Applicant Intervenor
Bruce Couturier

## DECLARATION OF KEVIN M. SEIBERT

I, Kevin M. Seibert, declare as follows:

1. I am an attorney at law duly authorized to practice before all courts in the State of California. I am a partner at Downey Brand LLP, attorneys for Applicant-Intervenor Bruce Couturier. I make this declaration in support of Mr. Couturier's Application for Leave to File a Consolidated Reply to the Parties' Oppositions to his Motion to Intervene. I have personal knowledge of the matters stated herein and if called upon to do so, I can competently testify to all of the following facts.

2. On January 21, 2010, Mr. Couturier filed a Motion to Intervene for the limited purpose of objecting to the Settlement Agreement reached by the Parties in the above-captioned case. On the morning of February 2, 2010, I received a voicemail from counsel for the United States Department of Labor, who informed me that the Department of Labor intended to file an opposition to Mr. Couturier's Motion to Intervene. He did not tell me when they would be filing that opposition.

3. On February 3, 2010, I sent an email to counsel for all the Parties in the above-captioned, consolidated action, and to Robert Eddy, informing them that Mr. Couturier would be moving the Court for leave to file a consolidated reply brief.

/ / /

/ / /

/ / /

1055855.1

3

I declare under penalty of perjury of the laws of California and the United States of America that the foregoing is true and correct.

Dated: February 3, 2010          By:          /s/ Kevin M. Seibert
                                              KEVIN M. SEIBERT

1055855.1

4

BRUCE COUTURIER'S APPLICATION FOR LEAVE TO FILE CONSOLIDATED REPLY

## PROPOSED ORDER

The Court hereby finds that good cause exists for Applicant-Intervenor Bruce Couturier ("Couturier") to file a consolidated reply brief to all the oppositions that are filed by the Parties in response to his Motion to Intervene. Couturier is therefore granted leave to file a single reply brief, the deadline for which shall be triggered by the date on which the final opposition is filed.

IT IS SO ORDERED.

DATED: 2/3/10

/s/ RRB
UNITED STATES DISTRICT JUDGE