UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**GREGORY JOHNSON, ET AL.,**

    vs.                                CASE NO. **2:05−CV−02046−RRB−KJN**

**CLAIR R. COUTURIER JR., ET AL.,**

### ORDER OF REASSIGNMENT

The court, having considered the appointment of **Magistrate Judge Kendall J. Newman**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Gregory G. Hollows**, to **Magistrate Judge Kendall J. Newman**.

The new case number for this action, which must be used on all future documents filed with the court, is:

**2:05−CV−02046−RRB−KJN**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

Dated: February 8, 2010

ANTHONY W. ISHII, Chief
United States District Judge