DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
ANTHONY L. VIGNOLO (Bar No. 203933)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    (916) 444-1000
Facsimile:     (916) 444-2100
kseibert@downeybrand.com
avignolo@downeybrand.com
aamaral@downeybrand.com

Attorneys for Applicant Intervenor
BRUCE COUTURIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>            Plaintiff,<br><br>      v.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>            Defendant. | Case No.  2:05-cv-02046 RRB GGH<br>(Lead Case-Consolidated)<br><br>**APPLICANT INTERVENOR BRUCE COUTURIER'S REQUEST FOR ORAL ARGUMENT** |
| DARLEEN STANTON,<br><br>            Plaintiff,<br><br>      v.<br><br>CLAIR R. COUTURIER, JR., et al. ,<br><br>            Defendant. | Case No.  2:07-cv-01208-WBS-JFM<br><br>(Consolidated under 2:05-cv-02046 RRB GGH)<br><br>Case No.  2:08-cv-02732-RRB-GGH |

1 | Pursuant to this Court's Minute Order dated June 9, 2006, Applicant Intervenor Bruce
2 | Couturier hereby requests that oral argument be heard on his Motion to Intervene.
3 | DATED: February 12, 2010                    DOWNEY BRAND LLP

By: _____/s/ Kevin Seibert_____
KEVIN SEIBERT
Attorney for Applicant Intervenor
Bruce Couturier

1058015.1

1

REQUEST FOR ORAL ARGUMENT