DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
ANTHONY L. VIGNOLO (Bar No. 203933)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
kseibert@downeybrand.com
avignolo@downeybrand.com
aamaral@downeybrand.com

Attorneys for Applicant Intervenor
BRUCE COUTURIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>    Defendant. | Case No.  2:05-cv-02046 RRB GGH<br>(Lead Case-Consolidated)<br><br>**NOTICE RE: FILING** |
| DARLEEN STANTON,<br><br>    Plaintiff,<br><br>v.<br><br>CLAIR R. COUTURIER, JR., et al. ,<br><br>    Defendant. | Case No.  2:07-cv-01208-WBS-JFM<br><br>(Consolidated under 2:05-cv-02046 RRB GGH)<br><br>Case No.  2:08-cv-02732-RRB-GGH |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that on February 12, 2010, an incorrect version of Applicant Intervenor Bruce Couturier's Reply in Support of his Motion to Intervene was filed. The proper version was subsequently filed the same day at Docket Entry No. 766.

DATED:  February 12, 2010            DOWNEY BRAND LLP


By:_____/s/ Kevin M. Seibert_____
KEVIN M. SEIBERT
Attorney for Applicant Intervenor
Bruce Couturier

1058188.1

NOTICE RE: FILING