1  DOWNEY BRAND LLP
   KEVIN M. SEIBERT (Bar No. 119356)
2  ANTHONY L. VIGNOLO (Bar No. 203933)
   ANNIE S. AMARAL (Bar No. 238189)
3  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
4  Telephone:      (916) 444-1000
   Facsimile:       (916) 444-2100
5  kseibert@downeybrand.com
   avignolo@downeybrand.com
6  aamaral@downeybrand.com

7  Attorneys for Applicant Intervenor
   BRUCE COUTURIER
8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                          SACRAMENTO DIVISION

12

13  GREGORY JOHNSON, et al.,          Case No.  2:05-cv-02046 RRB GGH
                                      (Lead Case-Consolidated)
14           Plaintiff,
                                      **CERTIFICATE OF SERVICE FOR**
15      v.                            **ROBERT E. EDDY**

16  CLAIR R. COUTURIER, JR., et al.,

17           Defendant.

18
    DARLEEN STANTON,                  Case No.  2:07-cv-01208-WBS-JFM
19
             Plaintiff,               (Consolidated under 2:05-cv-02046 RRB GGH)
20
        v.                            Case No.  2:08-cv-02732-RRB-GGH
21
22  CLAIR R. COUTURIER, JR., et al. ,

    Defendant.
23

24

25       I am a resident of the State of California, over the age of eighteen years, and not a party to

26  the within action.  My business address is Downey Brand LLP, 621 Capitol Mall, 18th Floor,

27  Sacramento, California, 95814-4731.  On February 12, 2010, I served the within document(s):

28
    991617.4                              1
                              CERTIFICATE OF SERVICE

**APPLICANT-INTERVENOR BRUCE COUTURIER'S REPLY IN SUPPORT OF MOTION TO INTERVENE**

**DECLARATION OF KEVIN SEIBERT IN SUPPORT TO OPPOSITIONS TO MOTION TO INTERVENE**

**APPLICANT INTERVENOR BRUCE COUTURIER'S REQUEST FOR ORAL ARGUMENT**

**NOTICE OF FILING**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☒ **BY ELECTRONIC MAIL:** by transmitting via electronic mail the document(s) listed above to the electronic addresses(s) set forth below on this date.

☒ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

Robert E. Eddy
12168 Stallion Way
Truckee, CA 96161
roberteddy@sbcglobal.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 12, 2010, at Sacramento, California.

/s/ Linda Puzar
LINDA PUZAR

991617.4

2

CERTIFICATE OF SERVICE