SHAYNE NICHOLS, LLC
Stanley H. Shayne
Two Miranova Place, Suite 220
Columbus, OH 43215
Telephone: (614) 221-2220
Facsimile: (614) 221-9020
sshayne@cmhlegal.com

Matthew Righetti
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff William Rodwell
*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al. | |
| Plaintiffs, | Case No. 2:05-cv-02046-RRB KJM |
| vs. | |
| CLAIR R. COUTURIER, JR., et al., | **NOTICE OF COMPLIANCE WITH MINUTE ORDER** |
| Defendants. | |
| | |
| DARLENE STANTON, | |
| Plaintiffs, | Case No. 2:05-cv-01208-WBS-JFM |
| vs. | (Consolidated under 2:05-cv-02046-RRB KJM) |
| CLAIR R. COUTURIER, JR., et al., | |
| Defendants. | |

Pursuant to the Minute Order [Dkt. No. 773] dated February 24, 2010, and per the instructions of the Judicial Assistant to the Hon. Ralph R. Beistline, Plaintiff William Rodwell hereby gives notice that the requested documents have been sent to said Judicial Assistant via email.

DATED: February 25, 2010

                                                SHAYNE NICHOLS, LLC

                                                By:    */s/ Stanley H. Shayne*
                                                Two Miranova Place, Suite 220
                                                Columbus, OH 43215
                                                (614) 221-2220; (614) 221-9020

                                                DEVINE, MARKOVITS & SNYDER, LLP
                                                Terence J. Devine
                                                52 Corporate Circle
                                                Albany, NY 12203

                                                RIGHETTI LAW FIRM, P.C.
                                                Matthew Righetti
                                                456 Montgomery Street, Suite 1400
                                                San Francisco, CA 94104

                                                *Attorneys for Plaintiff William Rodwell*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2010, the **Notice of Compliance With Minute Order** was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system. Parties may access this filing through the Court's system. <u>In addition, a copy of this filing will be e-mailed to Defendant Robert Eddy at the e-mail address noted below:</u>

    Robert Eddy
    <u>roberteddy@sbcglobal.net</u>
    Defendant

Theodore M. Becker
Julie A. Govreau
Michael F. Derksen
Richard J. Pearl
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive
Chicago, Illinois 60601
*Attorneys for Defendant Couturier*

Elizabeth A. Frohlich
Joseph E Floren
Morgan Lewis & Bockius, LLP
Spear Street Tower
One Market Street, Suite 28
San Francisco, CA 94105
*Attorneys for Defendant Couturier*

M. Taylor Florence
Kevin A. Hughey
Bullivant Houser Bailey PC
1415 L Street, Suite 1000
Sacramento, CA 95814
*Attorneys for Defendant Noll Mfg. Company Employee Stock Ownership Plan and Trust*

Robert B. Miller
Kilmer Voorhees & Laurick PC
732 NW 19th Avenue
Portland, OR 97209
*Attorneys for Defendant Noll Mfg. Company Employee Stock Ownership Plan and Trust*

Cynthia J. Larsen
Stacy Erin Don
Orrick Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
*Attorneys for Defendant The Nominal Corporate Defendants*

Christopher J. Rillo
Kathleen A. Stimeling
Schiff Hardin LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
*Attorneys for Defendant Johanson*

Mary Jo Shartsis
Kajsa M. Minor
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
*Attorneys for Defendant Pensco, Inc.*

Elizabeth Hopkins
Michael Schloss
Robyn M. Swanson
U.S. Department of Labor
Office of the Solicitor
Plan Benefits Security Division
PO Box 1914
Washington, DC 20013
*Attorneys for Secretary of the US Department of Labor as Amicus Curiae*

Danielle L. Jaberg
Counsel for ERISA
US Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
*Attorneys for Secretary of US Department of Labor as Amicus Curiae*

Ron Kilgard
Gary A. Gotto
Gary D. Greenwald
Keller Rohrback PLC
3101 North Central Avenue, Suite 1400
Phoenix, AC 85012
*Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton*

Julie E. Farris
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
*Attorneys for Plaintiffs Johnson, Rangel, Morrell and Stanton*

Stanley H. Shayne
SHAYNE NICHOLS LLC
Two Miranova Place, Suite 220
Columbus, OH 43215
*Attorneys for Plaintiff Rodwell*

Terence J. Devine
Devine, Markovits & Snyder, LLP
52 Corporate Circle
Albany, NY 12203
*Attorneys for Plaintiff Rodwell*

Matthew Righetti
Righetti Law Firm PC
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
*Attorneys for Plaintiff Rodwell*

                                               By:   */s/ Stanley H. Shayne*