February 23, 2010

To Whom it May Concern,

We are writing this letter to object to the settlement of the Johnson vs. Couturier case, Case No. 2:05-cv-02046 RRB GGH. We are members of the Noll ESOP / TEOHC. We are specifically objecting to the amount of fees awarded to the Department of Labor, the plaintiff's lawyers, and past participants.

This case has been going on for years. In the timeline of the case the Department of Labor entered the case towards the end, after the plaintiff's attorneys had done much of the groundwork. It is our opinion that the Department of Labor's request for a 10% settlement is highly inflated given the amount of work the Department performed. We also believe that the Department of Labor's fee request dramatically diminishes the amount to be awarded to the members of the Noll ESOP / TEOHC. We as ESOP participants and taxpayers are the very ones the Department is supposed to be protecting.

We also believe that the fee request by the plaintiff's attorneys of 33% and expenses is inflated. We can think of few businesses that make a profit of 33% after expenses. We believe that the plaintiff's attorneys are owed a reasonable profit for the work they have performed, but 33% is excessive. A more reasonable profit expectation would be between 20% or 25%. It appears to us that they are doing the same thing they accused of Mr. Couturier, trying to take more money from the Noll ESOP / TEOHC than they have earned.

Finally we are concerned about the amount of past participants that will receive a substantial amount of the awarded settlement. It is our opinion that these individuals left the company willingly and were satisfied with their ESOP distribution. We feel the current participants are the ones who have had to endure this process and have suffered the most loss as a result of this lawsuit. Our ESOP monies have been substantially reduced as a result. It is our opinion that the current participants should benefit from the settlement of this lawsuit.

We are glad that this torturous period in our lives is hopefully coming to an end. We respectfully ask the Court to consider our opinions.

Sincerely,

A Group of Noll ESOP / TEOHC Members

Please see the attached signature sheet

Greg Sullivan
27630 Coos Ta Street
Klamath Falls, OR 97601
541-356-0920
*Greg Sullivan*

Ralph Fruguglietti
1875 Tahoe Circle
Tracy CA 95376
209-833-8138 - Home
209-914-9526 - Cell
*Ralph Fruguglietti*

STUART WILSON
2380 Coefield Rd.
Auburn Ca. 95603
530-885-0847
530-906-3097
*Stuart D. Wilson*

Cheryl White
3662 Heron Lakes Ct.
Stockton, CA 95219
209-477-2909 Home
209-639-2909 Cell
*Cheryl White*