# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GREGORY JOHNSON, ET AL.,**

CASE NO: **2:05−CV−02046−RRB−KJN**

v.

**CLAIR R. COUTURIER JR., ET AL.,**

**XX −− Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/9/2010**

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 9, 2010**

by: /s/ M. Marciel
Deputy Clerk