Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY JOHNSON, et al.,<br><br>Plaintiffs,<br>v.<br><br>CLAIR R. COUTURIER, JR., et al.,<br><br>Defendants, | No. 2:05-cv-02046 RRB KJN<br>(Lead Case-Consolidated)<br><br>**AGREED ORDER** |
| DARLEEN STANTON,<br><br>Plaintiff,<br>v.<br><br>CLAIR R. COUTURIER, JR., et al.<br><br>Defendants. | No. 2:07-CV-01208 WBS-JFM<br><br>(Consolidated under<br>2:05-CV-02046 RRB KJN) |

Pursuant to the Order and Final Judgment entered in this case on March 9, 2010 (Dkt. 786), approving the settlement of this litigation, the Orders granting Plaintiffs' Motions for Preliminary Injunction filed September 26, 2008, and October 24, 2008,

1

1 respectively (Dkt. 398 and 450), are hereby dissolved. The Clerk of Courts is hereby
2 directed to return to Plaintiffs' counsel each bond in the amount of $5,000 posted with
3 respect to each temporary restraining order and preliminary injunction issued by this Court
4 at Dkt. 367, 398, 408, and 450, and any applicable accrued interest, by mailing such funds.
Seattle, Washington 98101-3052

DATED: 5/25/10

By: S/ RALPH R BEISTLINE
Honorable Ralph R. Beistline
United States District Court Judge

2